1  MICHAEL C. ORMSBY
2  United States Attorney
   Eastern District of Washington
3  Aine Ahmed
4  Assistant United States Attorney
   Joseph H. Harrington
5  Assistant United States Attorney
6  Post Office Box 1494
   Spokane, WA 99210-1494
7  Telephone: (509) 353-2767
8
9              UNITED STATES DISTRICT
10        FOR THE EASTERN DISTRICT OF WASHINGTON

11 | UNITED STATES OF AMERICA, | 2:14-CR-124-SMJ-1
12 |                           | INDICTMENT
13 |           Plaintiff,      |
   |                           | Vio: 18 U.S.C. § 1958
14 |    vs.                    |      Murder-for-Hire
   |                           |      (Counts 1-2)
15 | JAMES TERRY HENRIKSON, a/k/a, |
16 | James Henricksen,         | Vio: 18 U.S.C. § 1958
   | a/k/a: Cole Johnson,      |      Conspiracy to Commit
17 | a/k/a: James Vanderbilt;  |      Murder-for-Hire
18 |                           |      (Counts 3-6)
19 |                           |
20 |                           | Vio: 18 U.S.C. § 373
   |                           |      Solicitation to Commit
21 |                           |      Murder-for-Hire
22 |                           |      (Counts 7-10)
23 |           Defendants.     |
   |                           | Vio: 21 U.S.C. §§ 841(a)(1), 846
24 |                           |      Conspiracy to Distribute
   |                           |      Heroin (Count 11)
25
26
27
28

INDICTMENT – 1
S:\Criforms Spokane\Indictment.dotm

The Grand Jury charges:

## COUNT 1

## MURDER FOR HIRE

### (Murder of Kristopher Clarke)

That beginning on or about January 15, 2012, and continuing until on or about February 22, 2012, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON did cause ▮▮▮▮▮▮▮▮▮▮ to travel in interstate commerce from the State of Washington to the State of North Dakota, and did use and cause another to use a facility of interstate commerce, that is a cellular telephone, with an intent that a murder be committed in violation of the laws of any State and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay a thing of pecuniary value, to wit: money, and the murder of Kristopher Clarke was in fact committed, in violation of 18 U.S.C. §§ 1958(a) and 2.

## COUNT 2

## MURDER FOR HIRE

### (Murder of Douglas Carlile)

That beginning on or about October 1, 2013, and continuing until on or about December 15, 2013, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, did use and did cause another to use a facility of interstate commerce, that is a cellular telephone, with an intent that a murder be committed in violation of the laws of any State and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay a thing of pecuniary

INDICTMENT – 2
S:\Criforms Spokane\Indictment.dotm

value, to wit: money, and the murder of Douglas Carlile was in fact committed, in violation of 18 U.S.C. §§ 1958(a) and 2.

## COUNT 3

### CONSPIRACY TO COMMIT MURDER FOR HIRE

### (Murder of Douglas Carlile)

That beginning on or about October 1, 2013, and continuing until on or about December 15, 2013, within the Eastern District of Washington, and elsewhere, JAMES TERRY HENRIKSON, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally combine, conspire, confederate and agree together and with each other to use and cause another to use a facility of interstate commerce, that is a cellular telephone, with an intent that a murder be committed in violation of the laws of any State and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay a thing of pecuniary value, to wit: money, and the murder of Douglas Carlile was in fact committed, in violation of 18 U.S.C. § 1958(a).

## COUNT 4

### CONSPIRACY TO COMMIT MURDER FOR HIRE

### (Jay Wright)

That beginning on or about October 1, 2012, and continuing until on or about December 30, 2012, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to use and cause another to use a facility of interstate commerce, that is a cellular telephone, with an intent that a murder be committed in violation of the laws of any State and the United States, as consideration for the

INDICTMENT – 3
S:\Criforms Spokane\Indictment.dotm

receipt of, and as consideration for a promise and agreement to pay a thing of pecuniary value, to wit: money, in violation of 18 U.S.C. § 1958(a).

## COUNT 5

### CONSPIRACY TO COMMIT MURDER FOR HIRE

### (Jed McClure)

That beginning between on or about December 1, 2012, and on or about May 1, 2013, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON, ███████████████████ and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to travel and did cause another to travel in interstate commerce from the State of Washington to the State of Illinois, and to use and cause another to use a facility of interstate commerce, that is a cellular telephone, with an intent that a murder be committed in violation of the laws of any State and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay a thing of pecuniary value, to wit: money, in violation of 18 U.S.C. § 1958(a).

## COUNT 6

### CONSPIRACY TO COMMIT MURDER FOR HIRE

### (Tim Scott)

That beginning on or about January 15, 2013, and continuing until on or about May 1, 2013, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON, ███████████████████ and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, to use and cause another to use a facility of interstate commerce, that is a cellular telephone, with an intent that a murder be committed in violation

INDICTMENT – 4
S:\Criforms Spokane\Indictment.dotm

of the laws of any State and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay a thing of pecuniary value, to wit: money, in violation of 18 U.S.C. § 1958(a).

## COUNT 7

### SOLICITATION TO COMMIT THE MURDER-FOR-HIRE

### (Kristopher Clarke)

That beginning on or about February 1, 2012, and continuing until on or about February 23, 2012, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON, with the intent that another person or persons engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and otherwise endeavor to persuade TIMOTHY EUGENE SUCKOW to commit the murder of Kristopher Clarke, in violation of 18 U.S.C. § 1958, all in violation of 18 U.S.C. § 373.

## COUNT 8

### SOLICITATION TO COMMIT THE MURDER-FOR-HIRE

### (Douglas Carlile)

Beginning in and around October 1, 2013 and continuing until on or about December 15, 2013, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON and ███████████████████, with the intent that another person or persons engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and otherwise endeavor to persuade ███████████████████ to commit

INDICTMENT – 5
S:\Criforms Spokane\Indictment.dotm

the murder of Douglas Carlile, in violation of 18 U.S.C. § 1958, all in violation of 18 U.S.C. § 373.

## COUNT 9
### SOLICITATION TO COMMIT THE MURDER-FOR-HIRE
### (Tim Scott)

That beginning in and around October 1, 2013 and continuing until on or about December 15, 2013, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON and ███████████████, with the intent that another person or persons engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and otherwise endeavor to persuade ███████████████ to commit the murder of Tim Scott, in violation of 18 U.S.C. § 1958, all in violation of 18 U.S.C. § 373.

## COUNT 10
### SOLICITATION TO COMMIT THE MURDER-FOR-HIRE
### (Jed McClure)

That beginning on or about December 1, 2012 and continuing until on or about March 1, 2013, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON, with the intent that another person or persons engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and otherwise endeavor to persuade ███████████████, and Marvin Martin, also

INDICTMENT – 6
S:\Criforms Spokane\Indictment.dotm

known as "Wiz" to commit the murder of Jed McClure, in violation of 18 U.S.C. § 1958, all in violation of 18 U.S.C. § 373.

## COUNT 11

## CONSPIRACY TO DISTRIBUTE HEROIN

That beginning on or about December 1, 2011, and continuing until on or about June 1, 2013, within the Eastern District of Washington and elsewhere, JAMES TERRY HENRIKSON, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: distribution of 100 grams or more of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1),(b)(1)(B)(i), and 846.

## **NOTICE OF SPECIAL FINDINGS**

As to Defendant JAMES TERRY HENRIKSON, and as to Counts 1, 2, and 3:

(1) Was 18 years of age or older at the time of the offense. 18 U.S.C. § 3591(a).

(2) Intentionally did cause another to kill Kristopher Clarke and Douglas Carlile. 18 U.S.C. § 3591(a)(2)(A)

(3) Intentionally did cause another to inflict serious bodily injury that resulted in the death of the victims. 18 U.S.C. § 3591(a)(2)(B)

(4) Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants of the offense, and the victim died as a direct result of the act. 18 U.S.C. § 3591(a)(2)(C).

(5) Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in

the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a result of the act. 18 U.S.C. § 3591(a)(2)(D).

(6) Intentionally caused another to commit a homicide offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to the victim. 18 U.S.C. § 3592(c)(6).

(7) Intentionally caused another to commit the homicide offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value. 18 U.S.C. § 3592(c)(8).

(8) Intentionally caused another to commit the homicide offense after substantial planning and premeditation to cause the death of a person. 18 U.S.C. § 3592(c)(9).

As to the Defendant ███████████████████████ and as to Counts 2 and 3:

(1) Was 18 years of age or older at the time of the offense. 18 U.S.C. § 3591(a).

(2) Intentionally killed Douglas Carlile. 18 U.S.C. § 3591(a)(2)(A)

(3) Intentionally inflicted serious bodily injury that resulted in the death of the victim. 18 U.S.C. § 3591(a)(2)(B)

(4) Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants of the offense, and the victim died as a direct result of the act. 18 U.S.C. § 3591(a)(2)(C).

(5) Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a result of the act. 18 U.S.C. § 3591(a)(2)(D).

(6) Committed the homicide offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to the victim. 18 U.S.C. § 3592(c)(6).

INDICTMENT – 8
S:\Criforms Spokane\Indictment.dotm

1  (7) Committed the homicide offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value. 18 U.S.C. § 3592(c)(8).

(8) Committed the homicide offense after substantial planning and premeditation to cause the death of a person. 18 U.S.C. § 3592(c)(9).

Pursuant to 18 U.S.C. §§ 3591 and 3592.

DATED this ___day of September, 2014.

A TRUE BILL

_____
Foreperson

MICHAEL C. ORMSBY
United States Attorney


Aine Ahmed
Assistant United States Attorney


Joseph H. Harrington
Assistant United States Attorney

INDICTMENT – 9
S:\Criforms Spokane\Indictment.dotm