MARK E. VOVOS, #4474
1309 West Dean, Suite 100
Spokane, WA  99201
(509) 326-5220
mvovos@concentric.net

TODD MAYBROWN
Allen, Hansen & Maybrown, P.S.
600 University Street, Suite 3020
Seattle, WA  98101
(206) 447-9681
todd@ahmlawyers.com

*Attorneys for James Terry Henrikson*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **NO.  14-00124-SJM-1** |
| Plaintiff, ) | |
| vs. ) | Motion to Compel Production of |
| ) | Unredacted Discovery, or in the |
| JAMES TERRY HENRIKSON, ) | Alternative, Request for Privilege |
| ) | Log and for an *In Camera* Review |
| Defendant. ) | |
| ) | **04/28/15 @ 2:00 p.m. (Spokane)** |

# MOTION

James Terry Henrikson, by and through counsel, Mark E. Vovos and Todd Maybrown, moves this Court for an order requiring the plaintiff to disclose information and material pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS  - 1.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

Fed. R. Crim. P. 16(a)(1)(G). In the alterative, Mr. Henrikson requests the plaintiff to produce a privilege log and this Court conduct an *in camera* review of the withheld redacted documents. The motion is based upon the declaration of counsel in support thereof and the memorandum cited herein.

## MEMORANDUM

### Facts

Defendants have been provided a total of nine discovery disclosures.[1] The first disclosure was received on or about October 7, 2014. This disclosure is comprised of 39 individual discs which contain a variety of statements, photos, and videos. Discovery disclosure two was on or about October 30, 2014. This disclosure is comprised of roughly 42 discs and contains search warrants, phone calls, interviews, business documents, photos, cell phone content information, and cell phone reports. Discovery disclosure three was received on or about November 14, 2014. This disclosure contains 21 discs and is comprised of pictures,

---

[1] The discovery as of February 26, 2015 contains a total of 112 discs which equates to roughly 269 gigabytes of data. A good portion of the discovery is comprised of recorded interviews of witness statements without transcription.

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS  - 2.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

interviews, cell phone content information, phone calls, medical records, and missing person information. Discovery disclosure four was received on or about November 26, 2014. It is comprised of one disk with over 25,000 pages of various documents in no organized manner. The documents included arrest warrants, reports, driver license information, bank statements, receipts, copies of checks, emails, business documents, financial records, emails, crime lab reports, various warrants, and criminal history records. Discovery disclosure five was received on or about December 3, 2014. That disclosure is comprised of one disc which contained the transcript of the Grand Jury proceeding held in the Eastern District of Washington on July 22, 2014. Discovery disclosure six was received on or about February 5, 2015. That disclosure is comprised of five discs which contained records checks, HSI Reports of Investigation, letters, and receipts of evidence. Discovery disclosure seven was received on or about February 5, 2015. That disclosure contains one disc with additional HSI Report of Investigation. Discovery disclosure eight was received on or about February 10, 2015. That disclosure contains one disk and comprises of 36 pages of various documents. These documents include plea agreements and judgments in other defendants' previous cases. Discovery disclosure nine was received on or about February 26,

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS  - 3.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

2015. It is comprised of one disc which contains 243 pages of various documents. These documents include letters from the United States Attorney's Office, affidavits, warrants, investigative reports, subpoenas, notes and emails.

## Legal Authority

The due process clauses of the Fifth and Fourteenth Amendments require that the prosecution in a criminal case disclose to the defense any evidence in the government's possession that is favorable to the accused and that is material to either guilt or punishment. *Brady v. Maryland*, 373 U.S. 83, 87, 83 S.Ct. 1194 (1963). Suppression of such evidence by the government works a constitutional violation, regardless of the good faith or bad faith of the prosecutor. *Id.* "[A]n inadvertent nondisclosure has the same impact on the fairness of the proceedings as deliberate concealment." *Strickler v. Greene*, 527 U.S. 263, 288, 119 S.Ct. 1936 (1999). The constitutional obligations under Brady are self-executing, and they do not require a motion by the defense or an order of the court to take effect. *Kyles v. Whitley*, 514 U.S. 419, 433, 115 S.Ct. 1555 (1995) (citing *United States v. Agurs*, 427 U.S. 97, 108, 96 S.Ct. 2392 (1976)). *Brady* material must be disclosed sufficiently in advance of trial as to be of value to the accused. *United States v. Aichele*, 941 F.2d 761, 764 (9th Cir. 1991).

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS  - 4.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

Federal Rule of Criminal Procedure 16(a)(1)(B) provides in relevant part:

> Upon a defendant's written requests, the government must disclose to the defendant and make available for inspection, copying, or photographing, all of the following:
>
> (ii) the portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by a person the defendant knew was a government agent.

The Ninth Circuit has previously held that the government's disclosure obligation under Rule 16(a)(1)(B)(ii) extends to rough interview notes of interviews with the Defendants. *United States v. Harris*, 543 F.2d 1247 (9th Cir. 1976); *see also United States v. Grace*, 435 F.Supp.2d 861, 864 (D. Mont. 2006). In *United States v. Lewis*, 511 F.2d 798, 802 (D.C. Cir. 1975), the court noted that the discovery of a defendant's statements to law enforcement agents is of the utmost importance in the preparation of a criminal defense.

## Argument

Counsel has previously been provided with redacted discovery pertaining to police reports and statements in this case related to investigations as to the scope of each co-defendant's participation in the alleged crimes. Specifically, bates numbered documents: 00100002, 00100454, 00100463-00100542, 00100544-00100620, 00100782-00100784, 00100791, 00114017-00114018, 00114034-

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS  - 5.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

00114035, 00114171-00114183, 00114187-00114188, 00114224-00114225, 00114347-00114348, 00115822-00115823, 00117644-00117647, 00117851-00117852, 00118353-00118357, 00123723-00123724, were all provided in discovery disclosure four. **Exhibit A.** Some of these documents were redacted to the extent that it was unrecognizable. Additionally, counsel was also provided with photographs and 3D renditions of 2505 S. Garfield. This disclosure has pictures that are completely unidentifiable. Due to the size and type of information on Exhibit B, a CD will be provided with the information sought to be unredacted. By way of example, three (3) pictures are provided, attached as Exhibit B to this motion. **Exhibit B**.

It is counsel's position that the redacted documents may have exculpatory information relating the state of mind and degree of participation as to each defendant in the alleged crimes in this indictment. At minimum, the documents that were redacted and provided to the defendants in discovery raise factual issues about the involvement and knowledge as to each defendant. Without a privilege log, Mr. Henrikson is unable to fully contextualize the discovery provided and therefore unable to utilize the evidence and prepare a defense.

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS - 6.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

# **CONCLUSION**

Defendant James Terry Henrikson respectfully requests that this Court order the plaintiff to produce the unredacted copy of the following to defense counsel:

A. Discovery Disclosure 1, provided to defendants on or about October 7, 2014. This disclosure contains 39 discs. One of the discs entitled "3D Crime Scene Scan 2505 S. Garfield" contains pictures and documents that appear to be redacted. There are a total of 507 documents. Some of these documents are photographs, word documents, and un-openable or accessible files which appear to be redacted.

B. Discovery Disclosure 4, provided to defendants on or about November 26, 2014. Bates number 00100002, 00100454, 00100463-00100542, 00100544-00100620, 00100782-00100784, 00100791, 00114017-00114018, 00114034-00114035, 00114171-00114183, 00114187-00114188, 00114224-00114225, 00114347-00114348, 00115822-00115823, 00117644-00117647, 00117851-00117852, 00118353-00118357, 00123723-00123724 appear to be redacted.

In the alternative, order the plaintiff to produce a privilege log and this Court conduct an *in camera* review to determine if the withheld documents are improperly withheld and should be disclosed to the defendants.

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS  - 7.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

RESPECTFULLY SUBMITTED this 14th day of April, 2015.

*s/ Mark E. Vovos*, #4474
Attorney for James Terry Henrikson
1309 West Dean, Suite 100
Spokane, WA 99201
Phone:      (509) 326-5220
Fax:          (509) 326-5226
E-mail:     mvovos@concentric.net

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: Aine Ahmed, Assistant United States Attorney

*s/ Mark E. Vovos*, #4474
Attorney for James Terry Henrikson
1309 West Dean, Suite 100
Spokane, WA 99201
Phone:      (509) 326-5220
Fax:          (509) 326-5226
E-mail:     mvovos@concentric.net

MOTION TO COMPEL PRODUCTION
OF REDACTED DOCUMENTS  - 8.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220