MARK E. VOVOS, #4474
1309 West Dean, Suite 100
Spokane, WA 99201
(509) 326-5220

TODD MAYBROWN
600 University Street, Suite 3020
Seattle, WA 98101
(206) 447-9681

*Attorneys for James Terry Henrikson*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **NO. 2:14-00124-SMJ-1** |
| Plaintiff, | ) | |
| vs. | ) | Defendant James Terry Henrikson's |
| | ) | Initial List of Exhibits |
| James Terry Henrikson, | ) | |
| Defendant. | ) | |

COMES NOW James T. Henrikson by his attorneys, Mark E. Vovos and Todd Maybrown, submits his Initial List of Exhibits. Mr. Henrikson respectfully requests to reserve the right to amend his exhibit list for newly-discovered exhibits, the significance of which may have previously been overlooked.

HENRIKSON'S INITIAL
EXHIBIT LIST
Page 1.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| Exhibit Number | Document Title | Location |
|---|---|---|
| 1. | Interview of Elberta Carlile (12-15-13) | Discovery Disclosure 1 (October 7, 2014) |
| 2. | Tim Suckow's Phone Download (509) 368-2407 | Discovery Disclosure 1 (October 7, 2014) |
| 3. | Interview of Robert Delao (12-18-13) | Discovery Disclosure 1 (October 7, 2014) |
| 4. | FBI Copies of Interview with Robert Delao (3-4-14) | Discovery Disclosure 1 (October 7, 2014) |
| 5. | Phone Records: (425) 246-8193; (425) 988-4940; (509) 279-1800; (509) 279-1802; (509) 368-4328; (509) 475-2243; (509) 944-6211; (512) 571-4095; (701) 690-9579; (775) 277-0983 | Discovery Disclosure 1 (October 7, 2014) |
| 6. | Robert Delao Cell Phone (509) 944-6211 report | Discovery Disclosure 1 (October 7, 2014) |

HENRIKSON'S INITIAL EXHIBIT LIST
Page 2.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| | | | |
|---|---|---|---|
| 1 | 7. | 911 Records | Discovery Disclosure 1 (October 7, 2014) |
| 2 | 8. | Doug Carlile iPhone report | Discovery Disclosure 1 (October 7, 2014) |
| 3 | 9. | Interview of Suckow (4-25-14) (5 audio and video files) | Discovery Disclosure 1 (October 7, 2014) |
| 4 | 10. | Download ZTE 8000 (Pesina's Phone) | Discovery Disclosure 1 (October 7, 2014) |
| 5 | 11. | Joe Anne Desjarlais' Computer (Suckow's wife) | Discovery Disclosure 1 (October 7, 2014) |
| 6 | 12. | Joe Anne Desjarlais' Samsung Phone (Suckow's Wife) | Discovery Disclosure 1 (October 7, 2014) |
| 7 | 13. | Email from Robin Benson | Bates Numbers 00000283 – 00000287 |

HENRIKSON'S INITIAL EXHIBIT LIST
Page 3.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| | | | |
|---|---|---|---|
| 1 | 14. | John Wark Financial Breakdown email | Bates Number 00001782 |
| 2 | | | |
| 3 | 15. | Polygraph Exam Report | Bates Number 0001374-75 |
| 4 | | | |
| 5 | 16. | Suckow Interview Transcript (4-25-15) | Bates Number 00001188 – 00001248 |
| 6 | | | |
| 7 | 17. | SPD Interview of Steve Kelley | Bates Number 00000101-102 |
| 8 | | | |
| 9 | 18. | SPD Interview of Shane and Shad Carlile | Bates Number 00000119 - 00000120 |
| 10 | | | |
| 11 | 19. | SPD Notes of Interview with Tim Suckow | Bates Number 00000229 – 00000230 |
| 12 | | | |
| 13 | | | |
| 14 | 20. | Joanne Desjarlais' statement to SPD | Bates Number 00000242 – 00000244 |
| 15 | | | |
| 16 | 21. | SPD Interview of Carlile Family | Bates Number 00000245 – 00000249; 00000395 – 00000404 |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | 22. | SPD Interview of Rene Johnson | Bates Number 00000261 – 00000262 |
| 22 | | | |

HENRIKSON'S INITIAL EXHIBIT LIST
Page 4.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| | | |
|---|---|---|
| 23. | SPD statement of Barbara Gongyin | Bates Number 00000277 - 00000279 |
| 24. | SPD statement of John Wark | Bates number 00000423 – 00000424 |
| 25. | SPD statement of Richard Curtiss | Bates Number 00000428 – 00000436; 00000440 - 00000441 |
| 26. | Suckow Free Talk (4-25-14) (Audio) | Discovery Disclosure 1 (October 7, 2014) |
| 27. | Skylar Carlile iPhone Report | Discovery Disclosure 2 (October 30, 2014) |
| 28. | Photos Provided by George Dennis and Truck | Discovery Disclosure 2 (October 30, 2014) |
| 29. | Barbara Gongyin iPhone Report | Discovery Disclosure 2 (October 30, 2014) |

HENRIKSON' S INITIAL EXHIBIT LIST
Page 5.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| | | |
|---|---|---|
| 30. | Justin Beeson Interview (2 audio files) | Discovery Disclosure 2 (October 30, 2014) |
| 31. | Lazaro Pesina Phone Records | Discovery Disclosure 2 (October 30, 2014) |
| 32. | Lazaro Pesina Interview (9-4-14) (audio) | Discovery Disclosure 2 (October 30, 2014) |
| 33. | Rene Johnson Interview (1-15-14) (audio) | Discovery Disclosure 2 (October 30, 2014) |
| 34. | George Dennis Interview (2-14-14) (audio) | Discovery Disclosure 2 (October 30, 2014) |
| 35. | Justin Beeson Interview (5-05-14) (audio) | Discovery Disclosure 2 (October 30, 2014) |
| 36. | Mallarie Milano Interview (02-05014) (audio) | Discovery Disclosure 2 (October 30, 2014) |

HENRIKSON'S INITIAL EXHIBIT LIST
Page 6.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| | | |
|---|---|---|
| 37. | North Dakota IRS Search Warrant return | Discovery Disclosure 2 (October 30, 2014) |
| 38. | North Dakota Grand Jury Records | Discovery Disclosure 2 (October 30, 2014) |
| 39. | Photos of Tex Hall's Shop | Discovery Disclosure 2 (October 30, 2014) |
| 40. | Sarah Creveling Proffer (audio) | Discovery Disclosure 2 (October 30, 2014) |
| 41. | Sarah Creveling Interview (6-7-12) (video) | Discovery Disclosure 3 (November 14, 2014) |
| 42. | Delao Proffer (audio) | Discovery Disclosure 3 (November 14, 2014) |
| 43. | Interview with Joseph Uzdavinis 6-7-12 (video) | Discovery Disclosure 3 (November 14, 2014) |

HENRIKSON'S INITIAL EXHIBIT LIST
Page 7.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| # | Description | Source |
|---|---|---|
| 44. | Joseph Uzdavinis Statement [image2060.pdf] | Discovery Disclosure 3 (November 14, 2014) |
| 45. | Text Conversation between Delao and Peralta | Bates Number 00117649 – 00117651 |
| 46. | Henrikson iPhone 5 report | Discovery Disclosure 3 (November 14, 2014) |
| 47. | Delao iPhone from Washington | Discovery Disclosure 3 (November 14, 2014) |
| 48. | Transcript of Delao interview 3-4-14 | Bates Number 00114044 – 00114140 |
| 49. | Interview with Justin Beeson | Bates number 00115741 – 00115747 |
| 50. | Interview with John Wark | Bates Number 00113880 – 00113901 |
| 51. | Interview with Richard Curtiss | Bates Number 00114340 – 00114345 |

HENRIKSON'S INITIAL EXHIBIT LIST
Page 8.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| | | | |
|---|---|---|---|
| 52. | | Interview with Shane Carlile | Bates Number 00113701 – 00113713 |
| 53. | | K-9 Report | Bates Number 00124617 – 00124627 |
| 54. | | Report of Investigation of George Dennis | Bates Number 00115748 – 00115754 |
| 55. | | Verizon Billing Records for Tim Suckow (509-216-3038) | Bates Number 00113528 |
| 56. | | Hand written statement by Tim Suckow on September 10,2014) | Bates Number 00127488 |
| 57. | | All items, documents, letters and papers taken in the North Dakota IRS search of the home of James Henrikson listed on the search warrant return | Discovery Disclosure 2 (October 30, 2014) |
| 58. | | Federal Bureau of Prison Records for Tim Suckow | Suckow-BOP Records – 000001 - 000785 |
| 59. | | Federal Bureau of Prison Records for Robert Delao | Delao-BOP Records – 000001 – 000133 |
| 60. | | Statement by Kirk Alan Beaulieu on August 20, 2015 | Bates Numbers 00127423-00127424 |

HENRIKSON'S INITIAL EXHIBIT LIST
Page 9.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

| | | |
|---|---|---|
| 61. | Statement by Pamp Maiers on August 19, 2015 | Bates Numbers 00127421 – 00127422 |
| 62. | Lazaro Pesina Criminal History | Bates Number 0100003 – 0100019 |
| 63. | Tim Suckow Criminal History | Bates Number 00123726 – 00123747 |
| 64. | Robert Delao Verbatim Transcript in <u>United States v. Rohbach,</u> CR-09-2074-LRS-4 | Discovery Disc 6 |
| 65. | Jason Fox Proffer (audio file) | Disclosure Disc Received on 5-20-15 |
| 66. | Ryan Olness Interview on 12-13-13 (3 audio files) | Disclosure Disc Received on 5-20-15 |
| 67. | Kyle Doerfler Interview on 12-13-13 (audio file) | Disclosure Disc Received on 5-20-15 |
| 68. | Ryan Olness Proffer on 4-23-15 (2 audio files) | Disclosure Disc Received on 5-20-15 |
| 69. | Todd Bates Free talk on 2-12-15 | Disclosure Disc Received on 5-20-15 |

HENRIKSON'S INITIAL
EXHIBIT LIST
Page 10.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220


| | | |
|---|---|---|
| 70. | Eric Guerrero phone call on 1-15-14 | Discovery Disclosure 2 (October 30, 2014) |
| 71. | Photos taken by David Wiyrick (3 files, including photos of National State Park re: K.C. Clarke, photos of 17th Street and surrounding areas in Watford City, ND, photos of Tex Hall's shop and surrounding areas in Mandaree, ND, and photos of Williston, ND | To be disclosed |
| 72. | Charts and summaries of Ben Levitan | To be disclosed |

RESPECTFULLY SUBMITTED this 9th day of September, 2015.

*s/ Mark E. Vovos, #4474*
Attorney for James Terry Henrikson
1309 West Dean, Suite 100
Spokane, WA 99201
Phone:     (509) 326-5220
Fax:         (509) 326-5226
E-mail:    mvovos@concentric.net

HENRIKSON'S INITIAL EXHIBIT LIST
Page 11.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

## CERTIFICATE OF SERVICE

I hereby certify that on September 9 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Assistant United States Attorneys: Aine Ahmed and Scott T. Jones.

*s/ Mark E. Vovos*, *#4474*
Attorney for James Terry Henrikson
1309 West Dean, Suite 100
Spokane, WA 99201
Phone:    (509) 326-5220
Fax:    (509) 326-5226
E-mail:    mvovos@concentric.net

HENRIKSON'S INITIAL EXHIBIT LIST
Page 12.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220