MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Scott T. Jones
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

                    vs.

JAMES TERRY HENRIKSON, a/k/a
James Henrickson,
a/k/a Cole Johnson,
a/k/a James Vanderbilt;
TIMOTHY EUGENE SUCKOW;
TODD DAVID BATES;
ROBERT ANDREW DELAO;
LAZARO TOMAS PESINA; and
ROBBY JOE WAHRER,

                              Defendants.

14-CR-124-SMJ-1
14-CR-124-SMJ-2
14-CR-124-SMJ-3
14-CR-124-SMJ-4
14-CR-124-SMJ-5
14-CR-124-SMJ-6

United States' First Amended
Exhibit List

       Plaintiff, United States of America, by and through Michael C. Ormsby, United

States Attorney, for the Eastern District of Washington, and Aine Ahmed and Scott T.

Jones, Assistant United States Attorneys for the Eastern District of Washington,

respectfully submits the following first amended list of exhibits to be used trial.

       The United States reserves the right to amend this exhibit list for newly

discovered exhibits, the significance of which may have previously been overlooked.

United States' First Amended Exhibit List- 1

P50805dd.AAC

| Ex# | Admitted | Description |
|---|---|---|
|  |  | Leather Welding Glove |
|  |  | Casing from Breakfast Nook in Carlile House |
|  |  | Bullet from Breakfast Nook in Carlile House |
|  |  | Casing from Carlile House |
|  |  | Douglas Carlile Tooth Found in Kitchen |
|  |  | Casing from Kitchen Floor in Carlile House |
|  |  | Casing from Kitchen Floor in Carlile House |
|  |  | Casing from Kitchen Floor in Carlile House Next to Fridge |
|  |  | Bullet from Kitchen Floor in Carlile House |
|  |  | Bullet from Kitchen Floor next to Douglas Carlile's Head |
|  |  | Casing from Kitchen Floor in Carlile House |
|  |  | Douglas Carlile's White Shirt Worn at Time of Death |
|  |  | Douglas Carlile's Sweater Worn at Time of Death |
|  |  | Bullet from Dining Room Table in Carlile House |
|  |  | Bullet Next to Bread Machine in Carlile House |
|  |  | .45 Caliber Bullet from Popcorn Machine in Carlile's House |
|  |  | Section of Popcorn Machine from Carlile's Kitchen |
|  |  | Douglas Carlile's Jeans and Belt Worn at Time of Death |
|  |  | Douglas Carlile's Denture Pieces |
|  |  | Bullet from Carlile's Left Abdomen |
|  |  | Bullet from Carlile's Left Chest Area |
|  |  | Bullet Fragment from Douglas Carlile's Chest |
|  |  | Bullet Fragment from Douglas Carlile's Neck |
|  |  | Handwritten Business Contract Between Henrikson & Carlile Reference Bridgewater LLC |
|  |  | Black Balaclava from Front Passenger Seat of Suckow's Vehicle |
|  |  | Notebook found at Suckow's Residence |
|  |  | Suckow's Handwritten Murder Practice Note Found in Suckow's Car |
|  |  | Black Verizon Flip phone from Suckow at Time of Arrest |
|  |  | .45 Caliber Handgun Found in Suckow's Collection at Burger's Shop |
|  |  | .45 Caliber Ammo Matching Carlile Murder Scene |
|  |  | Pistol Grip .12 Gauge Shotgun Found in Suckow's Collection at Burger's Shop |
|  |  | Pistol grip .12 Gauge Shotgun Found in Suckow's Collection at Burger's Shop |
|  |  | .12 Gauge Semi Auto Shotgun Found in Suckow's Collection at Burger's Shop |
|  |  | .12 Gauge Shotgun Found in Suckow's Collection at Burger's Shop |
|  |  | .223 Ruger Ranch Rifle Found in Suckow's Collection at Burger's Shop (Pesina DNA) |

United States' First Amended Exhibit List- 2

| | | |
|---|---|---|
| 1 | | 2 .45 Caliber Magazines (1 Empty/1 Has Cartridges in it) |
| | | Raven .25 Caliber Pistol w/Magazine and Bullets |
| 2 | | Black Bag with Police Gear |
| 3 | | Black BDU Pants |
| | | Black BDU Pants |
| 4 | | Black BDU Log Sleeved Shirt |
| 5 | | Black Tactical Vest |
| | | .40 Caliber Handgun |
| 6 | | Three Loaded .223 Magazines |
| 7 | | Loaded .40 Caliber Magazine |
| | | Loaded .40 Caliber Magazine |
| 8 | | Black Balaclava |
| 9 | | Black BDU Long Sleeved Shirt |
| 10 | | Black Magazine Found With Clothing and Vests |
| | | Black Tactical Vest with Holster |
| 11 | | 5 Loaded .45 Caliber Magazines |
| 12 | | Black Balaclava from Black Duffel Bag |
| | | Remington Shotgun Found in Suckow's Collection at Burger's Shop |
| 13 | | Robert Delao's Personal Cell Phone |
| 14 | | Street Light Lens from Behind Carlile's House |
| | | Bullet Found in Street Light Behind Carlile Residence |
| 15 | | 2 Ruger .45 Caliber Magazines |
| 16 | | Underlying Data of Robert Delao's Phone |
| 17 | | Underlying Data of Pesina's Phone |
| | | Underlying Data of Suckow's Phone |
| 18 | | Underlying Data of Wahrer's Phone |
| 19 | | Burn Pile (clothes) (wallet) (money clip) (boot) (KC Clarke) |
| | | Photos of Burn Pile/Clothes |
| 20 | | GPS/Map of Burn Pile Location |
| 21 | | Overview Map of Location of Burn Pile |
| | | Pesina's Phone |
| 22 | | 10 Slides Showing GPS Movement of Suckow's Phone/Pesina's |
| 23 | | Phone/Wahrer's Phone (Carlile Murder) |
| | | Underlying Documents Used by Agent Banks (KC Clarke Murder) |
| 24 | | 10 Slides Showing GPS Movement of Suckow's Phone/Henrikson's |
| 25 | | Phone/KC Clarke's Phones |
| | | Email Exhibits Between Delao and Suckow (1-10) |
| 26 | | Texts Between Delao and Suckow |
| 27 | | Suckow's Recorded Statement |
| 28 | | Grand Jury Transcripts (Designate by Each Witness) |

United States' First Amended Exhibit List- 3

| | | | |
|---|---|---|---|
| 1 | | | Delao's Recorded Statements (4) |
| 2 | | | Henrikson's Recorded Statement (North Dakota) (Initial Arrest)(Gutnick Interview) (Freetalk) |
| 3 | | | Floor Plan of Henrikson's Shop |
| | | | Photos of Henrikson's Shop |
| 4 | | | Map of North Dakota (Movement of Vehicles) |
| 5 | | | Photos of DNA Search (Henrikson's Storage Shop) |
| | | | Photos of KC Clarke's Vehicle |
| 6 | | | Texts Between Henrikson and Delao |
| 7 | | | Phone Analysis Between Henrikson/Delao/Suckow |
| 8 | | | Pesina's Texts |
| | | | Photo of Doug Carlile (Pre-Murder) |
| 9 | | | Photo of K.C. Clarke (Pre-Murder) |
| 10 | | | Fingerprint Exhibits (Pesina) – (6 Exhibits) |
| | | | Hard Rock Hotel Exhibits (4) |
| 11 | | | Dewey Fingerprint Exhibits (6) |
| 12 | | | Google Earth of Henrikson Shop |
| | | | Photos of Graffiti |
| 13 | | | Bank Record Summary of Henrikson's Business |
| 14 | | | Texts Todd Bates/Delao (Bates) |
| | | | Texts Delao/Henrikson (Bates) |
| 15 | | | Texts between Wark and Henrikson |
| 16 | | | Vehicle Rental Receipts (Bates) |
| | | | Underlying Bank Records (Suckow) |
| 17 | | | Underlying Bank Records of Henrikson's Businesses |
| 18 | | | Wells Fargo Bank Records (Delao) |
| 19 | | | Wells Fargo Bank Records (Oleness) (2 Checks from Sara Creveling) |
| | | | Amtrak Schedule |
| 20 | | | Wire Transfer from KDE to Enerplus |
| 21 | | | Contract with Enerplus |
| | | | Contract Between Carlile and Henrikson (KDE) (Bridgewater) |
| 22 | | | Tex Hall Bank Summary Documents |
| 23 | | | Tex Hall Check Images |
| | | | Butoff Texts with James Henrikson |
| 24 | | | Contract to Exclude Carlile from KDE |
| 25 | | | Photo of Carlile Residence/Crime Scene |
| | | | 3D Overlay of Carlile Residence |
| 26 | | | Google Early Overlay of Carlile Residence |
| 27 | | | Google Maps Overlay of Carlile Neighborhood |
| 28 | | | Video from School |

United States' First Amended Exhibit List- 4

| | | |
|---|---|---|
| | | Video from Wendle Residence |
| | | Photos of Van/Interior/Exterior |
| | | Photos from Burger Search/Storage (Weapons) |
| | | Photos from Suckow's Tahoe |
| | | Autopsy Photos from Carlile (1-6) |
| | | Video of Carlile Residence (Crime Scene and Day After) |
| | | 911 Phone Call from Elberta Carlile |
| | | Carlile Firearms (1-2) |
| | | Fingerprint from Van (Pesina) |
| | | Fingerprint Exhibits (4) |
| | | DNA Exhibits (4) |
| | | Suckow's Phones |
| | | Aerial Photograph of Bad Lands Park Where K.C. Clarke is Believed to be Buried |
| | | Google Earth/Maps Overlay of Area of Spokane River Where Suckow Dumped Carlile Murder Weapon |
| | | Henrikson's Sworn Affidavit from Civil Suit |
| | | Creveling's Sworn Affidavit from Civil Suit |
| | | George Dennis' Phone Records |
| | | Video of Suspected Burial Site of K.C. Clarke (Not Yet Made) |

Dated:  September 10, 2015.

MICHAEL C. ORSMBY
United States Attorney

*s/ Aine Ahmed*
Aine Ahmed
Assistant United States Attorney

Scott T. Jones
Assistant United States Attorney

United States' First Amended Exhibit List- 5
P50805dd.AAC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2015, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system which will send notification of
such filing to the following:

Mark E. Vovos
Attorney at Law
1309 West Dean, Suite 100
Spokane, Washington 99201

Todd Jeffrey Maybrown
Allen Hansen & Maybrown
3020 One Union Square
600 University Street
Seattle, Washington 98101

Roger Peven
Attorney at Law
1403 West Broadway
Spokane, Washington 99201

Douglas Phelps
Katharine Allison
Phelps & Associates
2903 North Stout Road
Spokane, Washington 99206

Andrea George
Federal Defenders of Eastern Washington & Idaho
10 North Post, Suite 700
Spokane, Washington 99201

John Perry
Attorney at Law
1309 W. Dean Avenue, Suite 101
Spokane, Washington 99201

United States' First Amended Exhibit List- 6
P50805dd.AAC

1

Christian J. Phelps
Law Offices of Christian J. Phelps
921 West Broadway, Suite 201
Spokane, Washington 99201

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*s/ Aine Ahmed*
Aine Ahmed
Assistant United States Attorney

United States' First Amended Exhibit List- 7

P50805dd.AAC