UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES TERRY HENRIKSON, (01),<br><br>                    Defendant. | Case No. 2:14-CR-124-SMJ-01<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 02/17/2016 **LOCATION:** Richland<br><br>**JURY TRIAL – Day Seventeen** |
|---|---|

| **Judge Salvador Mendoza, Jr.** | | |
|---|---|---|
| Debbie Brasel<br>**Courtroom Deputy** | 01<br>**Law Clerk**           **Interpreter** | Kim Allen<br>**Court Reporter** |
| Aine Ahmed<br>Scott Travis Jones<br>**Plaintiff's Counsel** | | Mark Edmund Vovos<br>Todd Jeffrey Maybrown<br>**Defendant's Counsel** |

**[XX] Open Court**

Defendant Henrikson (01) present in custody of the U.S. Marshal

**Reconvene:    8:40 am**
**All parties present**
**w/jury**

**8:40 am        Marvin Martin, Sworn to Testify**

                Direct by Mr. Ahmed

Mr. Ahmed and witness discuss **Government's Identification number 150 (Photograph of Todd Bates)** and moves for its admission

Voir Dire of witness by Mr. Vovos – Objection

**Court:        Government's Identification number 150 admitted as Government's Exhibit number 150**

Government's Exhibit number 150 published to the jury

                Direct by Mr. Ahmed continues

Mr. Ahmed and witness discuss Government's Exhibit number 101-A previously admitted

Page 2        USA vs Henrikson,    2:14-CR-124-SMJ-01                              Jury Trial – Day Seventeen

                  Direct by Mr. Ahmed continues

**9:06 am**          Cross by Mr. Vovos

**9:28 am**          Redirect by Mr. Ahmed

Mr. Ahmed and witness discuss **Government's Identification number 151 (FBI Interview with Marvin Martin dated 09/21/2015)**

                  Redirect by Mr. Ahmed continues

**9:33 am**          Recross by Mr. Vovos

Witness steps down and is excused

**9:37 am**          **Stanley Dedmon, Sworn to Testify**

                  Direct by Mr. Jones

**9:54 am**          Cross by Mr. Maybrown

**Jury excused from open court at 9:59 am**
**All parties present**
**w/jury**

Statement by Court to counsel

**Recess:**       10:00 am

**Reconvene:**   10:20 am
**All parties present**
**w/jury**

**10:15am**         **Stanley Dedmon, Resumes Stand, Previously Sworn to Testify**

                  Cross by Mr. Maybrown continues

Mr. Maybrown and witness discuss **Defendant's Identification number 1075 (Gmail message Dedmon-Reata/KDE Oil Venture)** and moves for its admission

No objection by Mr. Jones

**Court:**       **Defendant's Identification number 1075 admitted as Defendant's Exhibit number 1075**

Page 3       USA vs Henrikson,    2:14-CR-124-SMJ-01                              Jury Trial – Day Seventeen

Defendant's Exhibit number 1075 published to the jury

Witness steps down and is excused

**10:29 am       Tex Hall, Sworn to Testify**

               Direct by Mr. Ahmed

Mr. Ahmed and witness discuss Government's Exhibit number 6 previously admitted

               Direct by Mr. Ahmed continues

Mr. Ahmed and witness discuss **Government's Identification number 149 (Email from Sarah/Tex)** and moves for its admission

No objection by Mr. Maybrown

**Court:        Government's Identification number 149 admitted as Government's Exhibit number 149**

Government's Exhibit number 149 published to the jury

               Direct by Mr. Ahmed continues

Mr. Ahmed and witness discuss Government's Identification number 56 previously identified

Mr. Ahmed and witness discuss **Government's Identification number 144 (BNC Checks)**

Mr. Ahmed and witness discuss **Government's Identification number 146 (Meheshu Checks and Deposits)**

Mr. Ahmed and witness discuss **Government's Identification number 147 (Meheshu Checks Blackstone)**

Mr. Ahmed and witness discuss **Government's Identification number 148 (Control 52 Stopped Check)**

Mr. Ahmed and witness discuss **Government's Identification number 143 (BNC Response on Stolen checks dated 11/07/2013)**

Mr. Ahmed and witness discuss **Government's Identification number 145 (Cleared Checks 00127688)**

Mr. Ahmed moves for admission of Government's Identifications numbered 144, 146, 147, 148, and 145 previously identified

Mr. Maybrown objects to the admission of Government's Identification number 145

After side bard conference:

**Court:       Government's Identifications numbered 144, 146, 147, and 145 are admitted as Government's Exhibits numbered 144, 146, 147, and 145**

Page 4   USA vs Henrikson,   2:14-CR-124-SMJ-01                              Jury Trial – Day Seventeen

Government's Exhibits numbered 144, 146, 147, and 145 published to the jury

          Direct by Mr. Ahmed continues

**11:30 am**   Cross by Mr. Maybrown

Mr. Maybrown and witness discuss **Defendant's Identification number 1067 (Verbatim Report of Proceedings of Tex Gerald Hall before the Grand Jury dated 07/24/2014)**

Mr. Maybrown and witness discuss Defendant's Exhibit number 1063 previously admitted

          Cross by Mr. Maybrown continues

Mr. Maybrown and witness discuss Defendant's Exhibit number 1059 previously admitted

          Cross by Mr. Maybrown continues

**Jury excused from open court at 11:58 am**
**All parties present**
**w/o jury**

Mr. Maybrown addresses Court regarding testimony given by this witness

Response by Mr. Ahmed

**Recess:**   **12:05 pm**

**Reconvene:**   **1:30 pm**
**All parties present**
**w/jury**

**1:30 pm**   **Tex Hall, Resumes Stand, Previously Sworn to Testify**

          Cross by Mr. Maybrown continues

Mr. Maybrown and witness discuss Defendant's Identification number 1067 previously identified

          Cross by Mr. Maybrown continues

Mr. Maybrown and witness discuss **Defendant's Identification number 1062 previously identified** and moves for its admission

No objection by Mr. Ahmed

Page 5        USA vs Henrikson,    2:14-CR-124-SMJ-01                            Jury Trial – Day Seventeen

**Court:        Defendant's Identification number 1062 admitted as Defendant's Exhibit number 1062**

Defendant's Exhibit number 1062 published to the jury

        Cross by Mr. Maybrown continues

Mr. Maybrown and witness discuss Defendant's Exhibit number 1059 previously admitted

        Cross by Mr. Maybrown continues

Mr. Maybrown and witness discuss Defendant's Exhibit number 1063 previously admitted

        Cross by Mr. Maybrown continues

Mr. Maybrown and witness discuss Defendant's Exhibit number 1062 previously admitted

        Cross by Mr. Maybrown continues

**1:54 pm**        Redirect by Mr. Ahmed

Mr. Ahmed and witness discuss Defendant's Exhibit number 1062 previously admitted

Mr. Ahmed and witness discuss Government's Identification number 143 previously identified

Mr. Ahmed and witness discuss Government's Exhibit number 145 previously admitted

        Redirect by Mr. Ahmed continues

 Mr. Ahmed and witness discuss **Government's Identification number 142 (Tex Hall grand jury transcript)**

Mr. Ahmed and witness discuss Defendant's Exhibit number 1059 previously admitted

Mr. Ahmed and witness discuss Defendant's Exhibit number 1063 previously admitted

        Redirect by Mr. Ahmed continues

**2:02 pm**        Recross by Mr. Maybrown

Witness steps down and is excused

**2:07 pm        Elton Hynson, Sworn to Testify**

        Direct by Mr. Ahmed

Mr. Ahmed and witness discuss Government's Exhibit number 150 previously admitted

Page 6  USA vs Henrikson,  2:14-CR-124-SMJ-01                                    Jury Trial – Day Seventeen

**2:16 pm**          Cross by Mr. Vovos

Witness steps down and is excused

**2:22 pm**          **Scotty Fain, Sworn to Testify**

                Direct by Mr. Jones

Mr. Jones and witness discuss **Government's Identification number 101-F (Carlile Tab) Lines 159 through 161**

No objection by Mr. Maybrown as to Lines 159 through 161

**Court:**          **Government's Identification number 101-F (Carlile Tab) Lines 159 through 161 admitted as Government's Exhibit number 101-F (Carlile Tab) Lines 159 through 161**

Government's Exhibit number 101-F (Carlile Tab) Lines 159 through 161 published to the jury

**2:43 pm**          Cross by Mr. Maybrown

**2:49 pm**          Redirect by Mr. Jones

**2:51 pm**          Recross by Mr. Maybrown

Witness steps down and is excused

**Recess:**     2:50 pm

**Reconvene:**  3:10 pm
**All parties present
w/jury**

**3:10 pm**          **Larry Tormozov, Sworn to Testify**

                Direct by Mr. Jones

**3:30 pm**          Cross by Mr. Vovos

**3:37 pm**          Redirect by Mr. Jones

**3:39 pm**          Recross by Mr. Vovos

Witness steps down and is excused

Page 7    USA vs Henrikson,    2:14-CR-124-SMJ-01                                    Jury Trial – Day Seventeen

**3:42 pm**        **Pamp Maiers, Sworn to Testify**

        Direct by Mr. Jones

**3:49 pm**        Cross by Mr. Vovos

**3:51 pm**        Redirect by Mr. Jones

**3:51 pm**        Recross by Mr. Vovos

Witness steps down and is excused

**3:56 pm**        **Kristi Whorton, Sworn to Testify**

        Direct by Mr. Jones

Mr. Jones and witness discuss **Government's Identification number 155 (Text messages between Kristi Whorton and James Henrikson – line 163 to 166)** and moves for its admission

No objection by Mr. Maybrown

**Court:**    **Government's Identification number 155 (Text messages between Kristi Whorton and James Henrikson – line 163 to 166) admitted as Government's Exhibit number 155 (Text messages between Kristi Whorton and James Henrikson – line 163 to 166)**

Government's Exhibit number 155 (Text messages between Kristi Whorton and James Henrikson – line 163 to 166) published to the jury

Mr. Jones and witness discuss Government's Exhibit number 42 previously admitted

**4:27 pm**        Cross by Mr. Maybrown

Mr. Maybrown and witness discuss **Defendant's Identification number 1073 (Interview of Kristi Whorton dated 01/08/2016)**

        Cross by Mr. Maybrown continues

**4:51 pm**        Redirect by Mr. Jones

Mr. Jones and witness discuss Defendant's Identification number 1073 previously identified

**4:55 pm**        Recross by Mr. Maybrown

Page 8      USA vs Henrikson,    2:14-CR-124-SMJ-01                    Jury Trial – Day Seventeen

Court admonishes jury

Jury excused from open court at 5:00 pm - to return on Thursday, February 18, 2016 at 8:30 am R/SMJ

All parties present
w/o jury

Mr. Maybrown addresses Court regarding prior inconsistent statements from a proposed Government witness - Donley Bothof

Response by Mr. Ahmed

Argument by Mr. Maybrown

Argument by Mr. Ahmed

**Recess:**        5:15 pm

| CONVENED: 8:40 AM | ADJOURNED: 10:00 AM | TIME: 1 HR / 20 MINUTES | TOTAL: 6 HRS / 30 MINUTES |
|---|---|---|---|
| 10:20 AM | 12:05 PM | 1 HR / 45 MINUTES | |
| 1:30 PM | 2:50 PM | 1 HR / 20 MINUTES | |
| 3:10 PM | 5:10 PM | 2 HRS / 05 MINUTES | |