| WITNESS LIST | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF WASHINGTON** | | | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**-vs-**<br><br>**JAMES TERRY HENRIKSON,    (01),**<br><br>**Defendant.** | **Case No.    2:14-CR-124-SMJ-01**<br>**Location:    Richland**<br>**Date:        January 25, 2016** |

| JURY TRIAL | | | |
|---|---|---|---|
| Salvador Mendoza, Jr. | Kim Allen | Debbie Brasel | 01 |
| Presiding Judge | Court Reporter | Courtroom Deputy | Law Clerk |
| Aine Ahmed<br>Scott Travis Jones | | Mark Edmund Vovos<br>Todd Jeffrey Maybrown | |
| **Government Counsel** | | **Defense Counsel** | |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 02/10/2016 | 515, 582, 101-A, 580, 581, 506, 583, 515. 580, 506 | Plaintiff | Special Agent David Whitlow |
| 02/09/2016 | 10, 11, 41, 42, 46, 48, 47-A, 11, 83, 68, 1040, 44-A, 117, 42, 118, 42 | Plaintiff | Steven Gutknecht, Supervisor with the North Dakota BCI |
| 02/09/2016 | 11, 49, 502A through 502F, 6, 103, 12, 11 | Plaintiff | Special Agent Bryan Scott Snyder |
| 02/09/2016 | | Plaintiff | Ryan Zimmerman, Sergeant, Williams County Sheriff's Office |
| 02/09/2016<br><br>02/10/2016 | 50, 42, 51, 101-5, 51, 1041, 1042, 1043, 1044, 1043, 50, 1045, 1047, 1049, 1043<br><br>1052, 1053, 1050, 1051, 1053, 1051, 1052, 125, 50, 124, 127, 1042, 1047, 50, 1051, 124, 120 through 123, 50, 1044, 122, 50, 11, 1043, 1044, 1043, 1052 | Plaintiff | Special Agent Jennifer Banks |
| 02/18/2016 | 137, 580 | Plaintiff | Special Agent Darrik Trudell |
| 02/08/2016 | | Plaintiff | Nicholas Meyer |
| 02/08/2016 | | Plaintiff | Judd Parker |
| 02/10/2016 | | Plaintiff | Elvis Entzel |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 02/10/2016 | 128 | Plaintiff | Billy Carlson |
| 02/10/2016 | 119 | Plaintiff | Ashley Goodfellow |
| 02/04/2016 | 36, 102 | Plaintiff | Steve Kelly |
| 02/08/2016 | 40, 101-M (lines 29 through 93) | Plaintiff | Jedediah McClure |
| 02/09/2016 | | Plaintiff | Joanne Dejarlais |
| 01/29/2016<br><br>02/01/2016<br><br><br><br><br><br><br><br><br><br>02/02/2016 | 1, 2, 3, 6, 8<br><br>6, 7, 11 (page 1), 10, 6, 11- (page 1), 13, 11- (page 1), 15, 17, 16, 21, 21, 22, 23, 21, 27, 14, 30, 502A through 502F, 501, 504, 505, 506, 507, 537, 558, 548, 509, 510, 511, 512, 513, 514, 576, 9, 503 – Delao Tab, 503 - Carlile Tab, 18, 19, 20, 549, a portion of 25,<br><br>503, 1030, 503, 16, 26.4, 26.35, 26,41, 26.01, 16.23, 16.7, 510 | Plaintiff | Timothy Suckow |
| 02/05/2016<br><br>02/08/2016 | 11, 6, 7, 109, 8, 109, 6, 10,<br><br>109, 38, 7, 109 | Plaintiff | Justin Beeson |
| 02/04/2016 | 107, 10, 12, 8, 6, 8, 6, 11 page 1, 13, 11 page 1, 38, 577, 37, 49, 108, 49, 57 (first two photos), 107, 1037, 107 | Plaintiff | George Dennis |
| 02/08/2016 | 8, 113, 73, 103, 84, 110, 1038, 1039, 110, 113 | Plaintiff | Ryan Olness |
| 02/02/2016<br><br><br><br>02/03/2016<br><br><br><br><br><br><br><br><br><br><br><br><br>02/04/2016 | 100, 101 - formerly 503, 101 - Tab D, MD, JT, 101 – Tab Delao, 31, 72, 32, 101<br><br>7, 16, 33, 515, 34, 35, 36, 37, 40, 73, 101-Carlile Tab (text messages), 101- Carlile Pinata Party Tab (text messages), 101- Delao Phone Tab (text messages), 101-2, 101-5, 101-E, 29, 1031, 1032, 1033<br><br><br><br><br><br>1034 starting at 1730 and | Plaintiff | Robert Delao |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 02/16/2016 | **ending 5446**, 1035 **starting at 7 seconds and ending at 252, 1210 through 4413,** 1033, 36, 104, 106, 1033, 1036<br><br>1033, 1064, 1074, 1064, 1064, 139, 1064, 139, 1064 | | |
| 02/08/2016 | | Plaintiff | Rick Arey |
| 02/08/2016 | 115 | Plaintiff | Nancy Hubanks |
| 02/17/2016 | 150 | Plaintiff | Elton Hynson |
| 02/18/2016 | 150, 81 | Plaintiff | Teresa Weed |
| 02/11/2016 | 130, 53-a, 53-b- page 3, 53-b pages 12 and 13, 53-c pages 60-61, 53-c page 75, 53-c page 82, 53-d pages 13, and 14, 53-b page 15, 53-c pages 60-61, 53-c page 82, 53-b page 15 | Plaintiff | Jon Wark |
| 02/17/2016 | 150, 101-A, 151 | Plaintiff | Marvin Martin |
| 02/19/2016<br><br>02/22/2016 | 573, 574, 163, 185, 168, 69, 158, 159, 581, 582, 583, and 584, 101, 501, 178, 51, 77, 78, 16, 32, 56, 54, 187,<br><br>1043, 1049, 54, 1080, 54, 101.A, 1083, 16, 1082, 1082, 1081, 1082, 101, 1083, 1043, 50, 173, 50, 171, 172, 1080, 188, 189, 50, 1052, 1043 | Plaintiff | Special Agent Eric Barker |
| 02/18/2016 | 70, 146,, 147, 56, 148, 586, 587, 578, 70, 585 | Plaintiff | Tom Irvin, Postal Inspector |
| 02/18/2016 | | Plaintiff | Eric Guerrero |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 02/18/2016 | | Plaintiff | Donley Bothof |
| 02/16/2016 | 1064, 1074, 1074 | Plaintiff | Detective Mark Burbridge |
| 02/19/2016 | 566, 567, 1077. 1078, 1079, 1064, 1074, 1078 | | |
| 02/10/2016 | 40, 6, 7, 56, 11, 12, 15, 42, 46, 8, 46, 27 | Plaintiff | Sarah Creveling |
| 02/11/2016 | 54, 33, 56, 1054, 1015-c (photographs 12 through 18), 1055, 1056, 1057, 1058, 1059, 1060, 1063, 1062, 8, 84, 56, 135, 133 | | |
| 02/17/2016 | | Plaintiff | Pamp Maiers |
| 02/17/2016 | | Plaintiff | Larry Tormozov |
| 02/12/2016 | 65, 66, 61, 63, 578, 585, 578, 575, 527, 526, 51 | Plaintiff | Detective Brian Cestnick |
| 02/18/2016 | 24, 507, 576 | Plaintiff | Detective Jeff Barrington |
| 02/11/2016 | 40, 58, 136 | Plaintiff | Peyton Martin |
| 02/18/2016 | 21, 18, 19 | Plaintiff | Jamie Roberts |
| 02/18/2016 | | Plaintiff | Officer Chris Brasch, Spokane Police Department |
| 02/18/2016 | 76 | Plaintiff | John Howard, Forensic Pathologist |
| 02/19/2016 | 1076 | Plaintiff | Skyler Carlile |
| 02/17/2016 | 6, 149, 146, 147, 148, 143, 145, 144, 56, 1067, 1063, 1059, 1060, 1067, 1062, 1059, 1063, 1062, 1062, 145, 143, 142, 1059, 1063 | Plaintiff | Tex Hall |
| 02/17/2016 | 1075 | Plaintiff | Stanley Dedmon |
| 02/17/2016 | 155, lines 163 to 166, 42, 1073, 1073 | Plaintiff | Kristi Whorton |
| 02/10/2016 | 507, 584, 101-2, 101-N | Plaintiff | Cory Pritchard |
| 02/18/2016 | 580, 158, 159 | Plaintiff | Pat Helfrich |
| 02/22/2016 | | Defendant | B.J. Mathews |
| 02/22/2016 | | Defendant | Mike Klaus |
| 02/22/2016 | | Defendant | Jason Fox |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 02/22/2016 | 1081, 1084, 145, 147, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 146, 147 | Defendant | Sarah Creveling |
| 02/22/2016 | 16, 1082, 1064, 1074, 1064, 1032, 1031, 198, 200, 1082, 199 | Defendant | Robert Delao |