| EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　-vs-<br><br>JAMES TERRY HENRIKSON, (01),<br><br>　　　　　　Defendants. | Case No.　2:14-CR-124-SMJ-01<br>Location:　Richland<br>Date:　　　January 25, 2016 |

| JURY TRIAL | | | |
|---|---|---|---|
| Salvador Mendoza, Jr. | Kim Allen | Debbie Brasel | 01 |
| Presiding Judge | Court Reporter | Courtroom Deputy | Law Clerk |
| Aine Ahmed<br>Scott Travis Jones | | Mark Edmund Vovos<br>Todd Jeffrey Maybrown | |
| **Government Counsel** | | **Defense Counsel** | |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | 01/29/2016 | w/o objection 01/29/2016 | Suckow | Photo of DeLao |
| 2 | | 01/29/2016 | w/o objection 01/29/2016 | Suckow | STCU statement |
| 3 | | 01/29/2016 | w/o objection 01/29/2016 | Suckow | Creveling picture |
| 4 | | | | | Photo of Beeson |
| 5 | | | | | Photo of Dennis |
| 6 | | 01/29/2016 | 01/29/2016 | Suckow Dennis Beeson Creveling Hall | combined jps of shop – 10 photographs |
| 7 | | 02/01/2016 | **w/o objection 02/01/2016 Illustrative purposes only** | Suckow Beeson Creveling | Floorplan of Maheshu |

**EXHIBIT LIST**–Page 2

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 8 | | 01/29/2016 | w/o objection 01/29/2016 | Suckow Beeson Olness Creveling | Photograph of Tim Suckow |
| 9 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Photographs of Suckow and burial site |
| 10 | | 02/04/2016 | not offered nor admitted **w/o objection 02/04/2016** | Suckow Dennis Gutknecht Creveling | Photographs of K.C. Clark's Truck |
| 11 | | 02/01/2016 | **w/o objection 02/01/2016 (page 1) only** – **for illustrative purposes only** | Suckow Dennis Beeson Gutknecht Snyder Banks Creveling | Maps of North Dakota |
| 12 | | 02/04/2016 | w/o objection 02/04/2016 | Delao Dennis Snyder Creveling | Photos of George Dennis' Truck |
| 13 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow Dennis | Photographs of Badlands Park |
| 14 | | | **Not offered nor admitted** | Suckow | Photographs of Burn Pile |
| 15 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow Creveling | Photographs of K.C. Clarke |
| 16 | | 02/01/2016 | 02/01/2016 | Suckow Barker Barker Delao | Emails re: Doug Carlile murder |
| 17 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Photographs of gun barrel in vice (without data) |
| 18 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow Roberts | Photographs of White Van |
| 19 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow Roberts | Photographs of white van (rear view) |

**EXHIBIT LIST**–Page 3

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 20 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Photographs of Tape Residue |
| 21 | | 02/01/2016 | **w/o objection 02/01/2016 for illustrative purposes only** | Suckow Roberts | Google maps Carlile neighborhood |
| 22 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Photographs of rear of Carlile residence (kitchen entrance, far view) |
| 23 | | 02/01/2016 | **w/o objection 02/01/2016 for illustrative purposes only** | Suckow | Floorplan of Carlile residence - first floor |
| 23A | | | | | Floorplan of Carlile residence - second floor |
| 24 | | 02/18/2016 | w/o objection 02/18/2016 | Barrington | Photographs of Chevy Truck |
| 25 25-1 25-2 | | | **02/01/2016 not offered nor admitted** | Suckow | Three Suckow Clarke Audio File |
| 26 | | | **02/02/2016 not offered nor admitted** | Suckow | Three Suckow Clarke Audio File Transcript |
| 27 | | 02/01/2016 | 02/01/2016 | Suckow Creveling | Photographs of Doug Carlile |
| 28 | | | | | Jail Note |
| 29 | | 02/03/2016 | w/o objection 02/03/2016 | Delao | Tatoo |
| 30 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Photographs of Suckow's Phone, showing Henrikson as a contact. |
| 31 | | 02/02/2016 | w/o objection 02/02/2016 | Delao | Missing Persons Flyer |

**EXHIBIT LIST**–Page 4

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 32 | | 02/02/2016 | w/o objection 02/02/2016 | Delao Barker | Hard Rock Hotel records (Chicago) |
| 33 | | 02/03/2016 | w/o objection 02/03/2016 | Delao Creveling | Chicago Checks |
| 34 | | 02/03/2016 | w/o objection 02/03/2016 | Delao | Delao_6211 Contacts |
| 35 | | 02/03/2016 | w/o objection 02/03/2016 | Delao | Delao_9579 Contacts |
| 36 | | 02/03/2016 | w/o objection 02/03/2016 | Delao Kelly | Photographs of vandalized oil tanks/oil spill |
| 37 | | 02/04/2016 | w/o objection 02/04/2016 | Dennis | Badlands Park Photos |
| 38 | | 02/04/2016 | w/o objection 02/04/2016 | Kelly Beeson | Download of George Dennis phone |
| 39 | | | | | Photographs of KC Clarke_Tesha Fredericks and others |
| 40 | | 02/03/2016 | w/o objection 02/03/2016 | Delao McClure Creveling Martin | Fraud Alert |
| 41 | | 02/09/2016 | w/o objection 02/09/2016 | Gutknecht | Photographs of items found in KC Clarke's truck |
| 42 | | 02/09/2016 | w/o objection 02/09/2016 | Gutknecht Banks Creveling Whorton | Blackstone flyer |
| 43 | | | | | Business Card (Tesha Fredericks) |
| 44 | | | | | Pages from Notebook (K.C. Clarke) |
| 44-A | | 02/09/2016 | 02/09/2016 | Gutknecht | One Page of Pink pad from Notebook (K.C. Clarke) |
| 45 | | 02/09/2016 | 02/09/2016 | Gutknecht | Emergency Contacts (K.C. Clarke) |

**EXHIBIT LIST–**Page 5

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 46 | | 02/09/2016 | w/o objection 02/09/2016 | Gutknecht Creveling | KC Clarke Business Card |
| 47a and 47b | | 02/09/2016 | 02/09/2016<br><br>47-b not offered nor admitted | Gutknecht | Henrikson Interview and Creveling interview |
| 48 | | 02/09/2016 | 02/09/2016 | Gutknecht | Firearm Purchase Documents |
| 49 | | 02/04/2016 | w/o objection 02/04/2016 | Dennis Snyder | Photos of Burn Pile/Clothes |
| 50 | | 02/09/2016 | **w/o objection 02/09/2016 for illustrative purposes only** | Banks Barker Barker | Demonstrative- ND |
| 51 | | 02/09/2016 | **w/o objection 02/09/2016 for illustrative purposes only** | Banks Cestnick Barker | Demonstrative- WA |
| 52 | | | | | Fingerprint cards (Lazaro Pesina) |
| 53 a 53 b 53 c 53 d 53 e | | 02/11/2016 | **w/o objection 02/11/2016 53-b pages 3, 12, 13 53-c page 56, 53-c pages 60-61, 53-c page 75, 53-c page 82,** | Wark Barker | Text conversations- Jon Wark |
| 54 | | 02/11/2016 | w/o objection 02/11/2016 | Creveling Barker Barker Creveling | Checks signed by Sarah Creveling |
| 55 | | | | | Fraud Alert flyer in vehicle |

**EXHIBIT LIST–**Page 6

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 56 | | 02/10/2016 | w/o objection 02/10/2016 **stricken by court**<br><br>**02/10/2016 – not admitted w/o** 02/18/2016 Subject to testimony of Agents Barker and Trudell<br><br>**w/o objection 02/19/2016** | Creveling Hall Irvin Barker | Wells Fargo Online Statement |
| 57 | | 02/04/2016 | 02/04/2016 **2 photographs only** | Dennis | Photographs of Henrikson and Creveling |
| 58 | | 02/11/2016 | w/o objection 02/11/2016 | Martin | Emails between Henrikson and Peyton Martin |
| 61 | | 02/12/2016 | w/o objection 02/12/2016 | Cestnick | Video from Wendle Residence |
| 62 | | | | | Stills from Wendle surveillance video (12/15/13) |
| 63 | | 02/12/2016 | w/o objection 02/12/2016 | Cestnick | Video from School |
| 64 | | | | | Photographs of Carlile crime scene (footprint, glove, gate) |
| 65 | | 02/12/2016 | w/o objection 02/12/2016 | Cestnick | Photographs of Carlile crime scene – 34 photographs |
| 66 | | 02/12/2016 | w/o objection 02/12/2016 | Cestnick | Video of Carlile Residence (Crime Scene and Day After) |
| 67 | | | | | Photographs from van search |

**EXHIBIT LIST–**Page 7

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 68 | | | Not offered nor admitted | Gutknecht | Phone breakdown |
| 69 | | 02/19/2016 | w/o objection 02/19/2016 | Barker | Subscriber Records Summary Sheet |
| 70 | | 02/18/2016 | w/o objection 02/18/2016 | Irvin | Bank record summary of Henrikson's business |
| 71 | | | | | Texts between Sarah Creveling and Doug Carlile |
| 72 | | 02/02/2016 | w/o objection 02/02/2016 | Delao | Photograph of barrel in vice |
| 73 | | | Not offered nor admitted | Deleo Olness | ChemNet records |
| 74 | | | | | Scott subscriber information |
| 75 | | | | | Financial records Blackstone Crude Wells Fargo |
| 76 | | 02/18/2016 | <mark>w/o objection 02/18/2016 illustrative purposes only</mark> | Howard | Autopsy Photos from Carlile |
| 77 | | 02/19/2016 | w/objection 02/19/2016 | Barker | Video Carlile shirt |
| 78 | | 02/19/2016 | w/objection 02/19/2016 | Barker | Video Carlile sweater |
| 79 | | | | | Photographs of firearms |
| 80 | | | | | Photograph of generic floor jack |
| 81 | | 02/18/2016 | w/o objection 02/18/2016 | Weed | Enterprise receipt |
| 82 | | 02/22/2016 | w/o objection 02/22/2016 | | 911 call |

**EXHIBIT LIST**–Page 8

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 83 | | 02/09/2016 | w/o objection 02/09/2016 | Gutknecht | Video of suspected burial site |
| 84 | | 02/08/2016 | **02/08/2016 illustrative purposes only** | Olness Creveling | Picture of representative pill press |
| 96 | | | | | Photographs Tim Scott phone |
| 97 | | | | | Henrikson freetalk interview part 1 |
| 98 | | | | | Henrikson freetalk interview part 2 |
| 99 | | | | | Henrikson freetalk interview transcript |
| 100 | | 02/02/2016 | w/o objection 02/02/2016 | Delao | Photograph of Cabin |
| 101 | | 02/19/2016 | **w/o objection 02/19/2016 unconditionally subject to review by defense** | Barker Barker | Full Text Exhibits **All 101-Tabs below are included in 101** |
| 101-1 | | | | | Suckow Texts (Delao Phone Tab) |
| 101-2 | | 02/01/2016 | 02/01/2016 **conditionally admitted** | Delao Banks Pritchard | Suckow Texts (Carlile Tab) |
| 101-3 | | | | | Delao Texts (Delao Phone Tab) |
| 101-4 | | 02/02/2016 | 02/02/2016 - not admitted at this time **admitted on 02/02/2016** | Delao | Delao Texts (RD,MP,JT Tab) |
| 101-5 | | 02/03/2016 | 02/03/2016 | Delao Banks | Delao Text (Carlile Tab) |

**EXHIBIT LIST–**Page 9

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | | | | |
| 101-A | | 02/01/2016 | 02/01/2016 | Delao McClure Whitlow M. Martin Barker | Delao Phone Tab |
| 101-B | | | | | Clarke Tab |
| 101-C | | | | | Wright Tab |
| 101-D | | | | | McClure Tab |
| 101-E | | 02/03/2016 | 02/03/2016 | Delao | Scott Tab |
| 101-F | | 02/17/2016 | <mark>**w/o objection 02/17/2016 Only lines 159 through 161**</mark> | Fain | Carlile Tab |
| 101-G | | 02/03/2016 | w/o objection 02/03/2016 | Delao | Carlile Pinata Party Tab |
| 101-H | | | | | 2505 S. Garfield Tab |
| 101-I | | | | | Carlile and Henrikson Tab |
| 101-J | | | | | Henrikson Buttoff Tab |
| 101-K | | | | | Heroin Tab |
| 101-L | | | | | Heroin (post manufacture) |
| 101-M | | 02/08/2016 | 02/08/2016 | McClure | McClure 2 |

**EXHIBIT LIST**–Page 10

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | | **(lines 29 through 93)** | | |
| 101-N | | | | Whitlow | Delao Texts (Chief and Murdered )ut) |
| 101-O | | | | | JH.6211 |
| 101-P | | | | | TS.6211 |
| 101-Q | | | | | FB Hack |
| 101-R | | | | | Henrikson and Guerrero |
| 101-S | | | | | Wright 2 |
| 102 | | 02/04/2016 | w/o objection 02/04/2016 | Kelly | First Graffiti Job Photos |
| 103 | | 02/04/2016 | w/o objection 02/04/2016 | Olness Snyder | Olness Truck in Garage 2012 |
| 104 | | | | Delao | Delao Plea Agreement |
| 105 | | | | | Indictment |
| 106 | | | | Delao | Free talk of Robert Delao |
| 107 | | | | Dennis | George Dennis Immunity Letter |
| 108 | | | | Dennis | Verbatim Report of Proceedings Grand Jury – George Dennis dated July 24, 2014 |
| 109 | | | | Beeson | Verbatim Report of Proceedings Grand Jury – Justin Beeson dated July 24, 2014 |

**EXHIBIT LIST–**Page 11

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 110 | | 02/08/2016 | <mark>w/o objection 02/08/2016 for illustrative purposes only</mark> | Olness | Plea Agreement for Ryan Olness dated 06/19/2013 from the District of Arizona |
| | | | | | |
| | | | | | |
| 113 | | | Same as Defendant's 1039 | Olness | Transcript of an Interview of Ryan Olness dated 05/29/2015 |
| 114 | | | | | Ryan Olness Proffer Agreement |
| 115 | | 02/08/2016 | w/o objection 02/08/2016 | Hubanks | 6 photographs of KC Clarke's property in Texas |
| 117 | | | | Gutknecht | Search Warrant – phones records 425-246-8193 |
| 118 | | | | Gutknecht | Search Warrant – phones records 425-988-4940 |
| 119 | | 02/10/2016 | 02/10/2016 | Goodfellow | Lady Gaga Ticket Order Confirmation |
| 120 | | 02/10/2016 | w/o objection 02/10/2016 | Banks | Rate Area Towers Lists 1 Email |
| 121 | | | | Banks | Rate Area Towers Lists 2 Email |
| 122 | | 02/10/2016 | w/o objection 02/10/2016 | Banks | Rate Area Towers Lists 3 Email |
| 123 | | 02/10/2016 | w/o objection 02/10/2016 | Banks | Rate Area Towers Lists 4 Email |
| 124 | | 02/10/2016 | w/o objection 02/10/2016 | Banks | Email with attached FBI Cellular Analysis Survey TEAM (CAST) CAST SA Jennifer Banks Report |
| 125 | | 02/10/2016 | <mark>w/o objection 02/10/2016 for</mark> | Banks | Three Page Blank Power Point Presentation |

**EXHIBIT LIST**–Page 12

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | | <mark>illustrative purposes only</mark> | | |
| 126 | | | | | |
| 127 | | | | Banks | Daubert Hearing Testimony dated September 16 and 17, 2015 of Special Agent Banks |
| 128 | | | | Carlson | Interview of Billy Carlson dated 09/15/2015) |
| 129 | | | | | |
| 130 | | | | Wark | Verbatim Report of Proceedings before the Grand Jury – Testimony of Jon Werk dated July 23, 2014 |
| 131 | | | | | |
| 132 | | | | | |
| 133 | | | | Creveling | Interview of 02/05/2014 |
| 134 | | | | | |
| 135 | | | | Creveling | Verbatim Report of Proceedings before the Grand Jury – Testimony of Sarah Marie Creveling dated September 16, 2014 |
| 136 | | | | Martin | Interview of Peyton Martin on 01/06/2016 |
| 137 | | 02/18/2016 | **w/o objection with provisions 02/18/2016** | Trudell | January 18, 2014 video |
| 139 | | 02/16/2016 for the purposes of the hearing held on | <mark>**w/o objection 02/16/2016 for the purposes of the hearing held on 02/16/2016**</mark> | Delao | Free talk Letter dated March 4, 2014 |

EXHIBIT LIST–Page 13

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | 02/16/2016 | | | |
| 140 | | 02/16/2016 for the purposes of the hearing held on 02/16/2016 | w/o objection 02/16/2016 for the purposes of the hearing held on 02/16/2016 | | Free talk Transcript |
| 141 | | | Not offered nor admitted | Burbridge | Delao Proffer Letter |
| 142 | | | Not offered nor admitted | Hall | Tex Hall grand jury transcript |
| 143 | | | Not offered nor admitted | Hall | BNC Response on Stolen checks dated 11/07/2013 |
| 144 | | 02/17/2016 | 02/17/2016 | Hall | BNC Checks |
| 145 | | 02/17/2016 | 02/17/2016 | Hall Creveling | Cleared Checks 00127688 |
| 146 | | 02/17/2016 | 02/17/2016 | Hall Irvin | Meheshu Checks and Deposits |
| 147 | | 02/17/2016 | 02/17/2016 | Hall Irvin Creveling | Meheshu Checks Blackstone |
| 148 | | | Not offered nor admitted | Hall Irvin | Control 52 Stopped Check |
| 149 | | 02/17/2016 | w/o objection 02/17/2016 | Hall | Email from Sarah/Tex |
| 150 | | 02/17/2016 | 02/17/016 | M. Martin Hynson Weed | Photograph of Todd Bates |
| 151 | | | Not offered nor admitted | M. Martin | FBI Interview with Marvin Martin dated 09/21/2015 |
| 155 | | 02/17/2016 | w/o objection 02/17/2016 | Whorton | Text messages between Kristi Whorton and James Henrikson |

**EXHIBIT LIST–**Page 14

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | | ==Lines 163 and 166== | | |
| 158 | | 02/18/2016 | w/o objection 02/18/2016 **illustrative purposes only** ==02/19/2016 admitted foundationally only== | Helfrich Barker | Henrikson iPhone 4s North Dakota – down load |
| 159 | | 02/18/2016 | w/o objection 02/18/2016 **illustrative purposes only** ==02/19/2016 admitted foundationally only== | Helfrich Barker | Henrikson iPhone 5 North Dakota - download |
| 160 | | | | | Bates Toll Records from Verizon |
| 161 | | | | | Bates-McClure Toll Records from Verizon |
| 162 | | | | | Bates Toll Records North Dakota Verizon |
| 163 | | 02/19/2016 | 02/19/2016 | Barker | Delao Contacts AT&T |
| 164 | | | | | Delao/ 1st Call Henrikson AT&T Toll Records |
| 165 | | | | | Delao/1st Call Suckow AT&T Toll Records |
| 166 | | | | | Delao 1st Text Suckow and 2.2012 Text AT&T Toll Records |

**EXHIBIT LIST–**Page 15

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 167 | | | | | Delao 1st Text Henrikson AT&T Toll Records |
| 168 | | 02/19/2016 | 02/19/2016 | Barker | Deleo Phone Contacts |
| 169 | | | | | Delao 1st Call Suckow AT&T Toll Records |
| 170 | | | | | Delao 1st Text Suckow AT&T Toll Records |
| 171 | | 02/22/2016 | w/o objection 02/22/2016 | Barker | Delao Call Suckow (Carlile) AT&T Toll Records |
| 172 | | 02/22/2016 | w/o objection 02/22/2016 | Barker | Delao Text with Suckow (Carlile) AT&T Toll Records |
| 173 | | | | Barker | Henrikson 1st Call Suckow AT&T Toll Records |
| 174 | | | | | Henrikson 1st Text Suckow AT&T Toll Records |
| 175 | | | | | Henrikson 2.23 Calls Olness AT&T Toll Records |
| 176 | | | | | Henrikson 2.23 Texts Olness AT&T Toll Records |
| 177 | | | | | Henrikson Call Delao and Suckow (Clarke) AT&T Toll Records |
| 178 | | 02/19/2016 | w/o objection 02/19/2016 | Barker | Henrikson Final Clark Contacts AT&T Toll Records |
| 179 | | | | | Henrikson Maiers Contacts AT&T Toll Records |
| 180 | | | | | Henrikson Last Call AT&T Toll Records |
| 181 | | | | | Henrikson Last Text AT&T Toll Records |
| 182 | | | | | Henrikson Text Delao and Suckow (Clarke) AT&T Toll Records |

EXHIBIT LIST–Page 16

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 183 | | | | | Olness Contact from Henrikson iPhone 4s |
| 184 | | | | | Pesina Contacts |
| 185 | | 02/19/2016 | 02/19/2016 | Barker | Suckow Contacts |
| 186 | | | | | Suckow North Dakota Travel Bill Records |
| 187 | | | 02/19/2016 withdrawn by USA | Barker | Burbridge Report on Henrikson Phone Screen Shot |
| 188 | | 02/22/2016 | w/o objection 02/22/2016 | Barker | Data Signature Photo One found on Defendant's iPhone 4S |
| 189 | | 02/22/2016 | w/o objection 02/22/2016 | Barker | Data Signature Photo Two found on Defendant's iPhone 4S |
| 194 | | 02/22/2016 | Will not be entered for the purpose of the hearing on 02/19/2016 | | PSIR from EDWA Case Number CR-08-57 and CR-09-92 USA v Robert Delao - Sealed |
| | | | | | |
| 195 | | 02/22/2016 | Entered for the purpose of the hearing on 02/19/2016 | | Report and Recommendation to Grant Petitioner's Petition for Writ of Habeas Corpus   Hewson v Key, EDWA Cause No. 2:15-CV-136-JTR |
| 196 | | 02/22/2016 | w/o objection 02/22/2016 | | Stipulation – ECF 735 |
| 197 | | 02/22/2016 | w/o objection 02/22/2016 | | Stipulation - ECF 743 |
| 198 | | | | Delao | Transcript –Except of Jury Trial of Robert Delao |
| 199 | | | | Delao | Judgment in a Criminal Case – Robert Delao |

**EXHIBIT LIST**–Page 17

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 200 | | | | Delao | PSIR from EDWA Case Number CR-08-57 and CR-09-92 USA v Robert Delao |
| 501 | | | Not offered nor admitted | Suckow | Jack Handle |
| 502A | | 02/01/2016 | 02/01/2016 | Suckow Snyder | Burned Clothes |
| 502B | | 02/01/2016 | 02/01/2016 | Suckow Snyder | Tarp eyelets, shoe eyelets, Carhartt button, clothing button |
| 502C | | 02/01/2016 | 02/01/2016 not admitted **w/o objection 02/09/2016** | Suckow Snyder | Shoe parts |
| 502D | | 02/01/2016 | 02/01/2016 | Suckow Snyder | Tarp and shoe eyelet, burned credit card |
| 502E | | 02/01/2016 | 02/01/2016 | Suckow Snyder | Burned clothing residue |
| 502F | | 02/01/2016 | 02/01/2016 | Suckow Snyder | Moneyclip, shoe eyelet |
| 503 | | 02/01/2016 **Now Exhibit number 101** | 02/01/2016 – Delao Tab **-Carlile Tab (conditionally admitted** | Suckow | Disc with Text Spreadsheet |
| 504 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | .45 Ruger Magazines (two) |
| 505 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Welding Glove |
| 506 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow Whitlow | Phone (Suckow) |
| 507 | | 02/01/2016 \n\n 02/10/2016 | 02/01/2016 Not admitted at this time \n\n 02/10/2016 | Suckow Pritchard Barrington | Pesina Phone |

**EXHIBIT LIST**–Page 18

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | | conditionally admitted **w/o objection 02/18/2016** | | |
| 508 | | | | | Ski Mask |
| 509 | | 02/01/2016 | 02/01/2016 | Suckow | Tactical Gear w/holster |
| 510 | | 02/01/2016 | 02/01/2016 | Suckow | Badge |
| 511 | | 02/01/2016 | 02/01/2016 | Suckow | .223 Ranch Rifle (Pesina DNA) |
| 512 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Shotgun |
| 513 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | .223 Assault Rifle |
| 514 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | .40 Caliber Handgun |
| 515 | | 02/03/2016 | w/o objection 02/03/2016 | Deleo Whitlow | Delao's Phone |
| 516 | | | | | Casing from Breakfast Nook in Carlile House |
| 517 | | | | | Bullet from Breakfast Nook in Carlile House |
| 518 | | | | | Casing from Carlile House |
| 519 | | | | | Douglas Carlile Tooth Found in Kitchen |
| 520 | | | | | Casing from Kitchen Floor in Carlile House |
| 521 | | | | | Casing from Kitchen Floor in Carlile House |

**EXHIBIT LIST–**Page 19

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 522 | | | | | Bullet from Kitchen Floor in Carlile House |
| 523 | | | | | Bullet from Kitchen Floor next to Douglas Carlile's Head |
| 524 | | | | | Casing from Kitchen Floor in Carlisle House |
| 525 | | | | | Douglas Carlile's White Shirt Worn at Time of Death |
| 526 | | 02/12/2016 | w/o objection 02/12/2016 | Cestnick | Douglas Carlile's Sweater Worn at Time of Death |
| 527 | | 02/12/2016 | w/o objection 02/12/2016 | Cestnick | Bullet from Dining Room Table in Carlile House |
| 528 | | | | | Bullet Next to Bread Machine in Carlile House |
| 529 | | | | | .45 Caliber Bullet from Popcorn Machine in Carlile's House |
| 530 | | | | | Section of Popcorn Machine from Carlile's Kitchen |
| 531 | | | | | Douglas Carlile's Denture Pieces |
| 532 | | | | | Bullet from Carlile's Left Abdomen |
| 533 | | | | | Bullet from Carlile's Left Chest Area |
| 534 | | | | | Bullet Fragment from Douglas Carlile's Chest |
| 535 | | | | | Bullet Fragment from Douglas Carlile's Neck |
| 536 | | | | | Black Balaclava from Front Passenger Seat of Suckow's Vehicle |
| 537 | | 02/01/2016 Not offered | | Suckow | Black Balaclava |

**EXHIBIT LIST–**Page 20

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | | nor admitted | | |
| 538 | | | | | Black Verizon Flip phone from Suckow at Time of Arrest |
| 540 | | | | | .45 Caliber Handgun Found in Suckow's Collection at Burger's Shop |
| 541 | | | | | .45 Caliber Ammo Matching Carlile Murder Scene |
| 542 | | | | | Pistol Grip .12 Gauge Shotgun Found in Suckow's Collection at Burger's Shop |
| 543 | | | | | Pistol grip .12 Gauge Shotgun Found in Suckow's Collection at Burger's Shop |
| 544 | | | | | .12 Gauge Semi Auto Shotgun Found in Suckow's Collection at Burger's Shop |
| 545 | | | | | .12 Gauge Shotgun Found in Suckow's Collection at Burger's Shop |
| 546 | | | | | .223 Ruger Ranch Rifle Found in Suckow's Collection at Burger's Shop (Pesina DNA) |
| 547 | | | | | 2 .45 Caliber Magazines (1 Empty/1 Has Cartridges in it) |
| 548 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Raven .25 Caliber Pistol w/Magazine and Bullets |
| 549 | | 02/01/2016 | **w/o objection 02/01/2016 – Insignia only** | Suckow | Black Bag with Police Gear |
| 550 | | | | | Black BDU Pants |
| 551 | | | | | Black BDU Pants |
| 552A 552B | | | | | Black BDU Long Sleeved Shirt |
| 553 | | | | | Black Tactical Vest |

**EXHIBIT LIST–**Page 21

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 555 | | | | | Three Loaded .223 Magazines |
| 556 | | | | | Loaded .40 Caliber Magazine |
| 557 | | | | | Loaded .40 Caliber Magazine |
| 558 | | 02/01/2016 | w/o objection 02/01/2016 | Suckow | Black Balaclava |
| 559 | | | | | Black BDU Long Sleeved Shirt |
| 560 | | | | | Black Magazine Found With Clothing and Vests |
| 562 | | | | | 5 Loaded .45 Caliber Magazines |
| 564 | | | | | Remington Shotgun Found in Suckow's Collection at Burger's Shop |
| 566 | | 02/19/2016 | w/o objection 02/19/2016 | Burbridge | Street Light Lens from Behind Carlile's House |
| 567 | | 02/19/2016 | w/o objection 02/19/2016 | Burbridge | Bullet Found in Street Light Behind Carlile Residence |
| 570 | | | | | Carlile Firearms (1-2) |
| 571 | | | | | Video of Suspected Burial Site of K.C. Clarke (Not Yet Made) |
| 572 | | | | | Doug Carlile's Phone |
| 573 | | 02/19/2016 | w/o objection 02/19/2016 for illulstrative purposes | Barker | Master Phone Exhibit (Disc) |
| 574 | | 02/19/2016 | w/o objection 02/19/2016 for illulstrative | Barker | Tolls, Subscriber, Contacts (Disc) |

**EXHIBIT LIST–**Page 22

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | | | **purposes** | | |
| 575 | | 02/12/2016 | w/o objection 02/12/2016 | Cestnick | Douglas Carlile's Jeans and Belt Worn at Time of Death |
| 576 | | 02/01/2016 | 02/01/2016 over objection **w/o objection 02/18/2016** | Suckow Barrington | Note – Suckow "To Do" List w/copy |
| 577 | | 02/04/2016 | w/o objection 02/04/2016 | Dennis | George Dennis' Phone |
| 578 | | 02/12/2016 | 02/12/2016 | Cestnick Irvin | Contract between James Henrikson and Doug Carlile dated August 7, 2013 |
| 579 | | | | | |
| 580 | | 02/10/2016 | **02/10/2016 w/o objection conditionally admitted** **02/18/2016 w/o objection unconditionally** | Whitlow Trudell Helfrich | Henrikson (2 phones) |
| 581 | | 02/10/2016 | w/o objection 02/10/2016 **02/19/2016 admitted foundationally only** | Whitlow Barker | Henrikson (Disk) |
| 582 | | 02/10/2016 | w/o objection 02/10/2016 **02/19/2016 admitted foundationally only** | Whitlow Barker | Delao (Disk) |

**EXHIBIT LIST**–Page 23

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| 583 | | 02/10/2016 | w/o objection 02/10/2016<br><br>**02/19/2016 admitted foundationally only** | Whitlow Barker | Suckow (Disk) |
| 584 | | 02/10/2016 | w/o objection 02/10/2016<br><br>**02/19/2016 admitted foundationally only** | Whitlow Barker | Pesina Disk |
| 585 | | 02/12/2016 | 02/12/2016 | Cestnick | 3-D rendering |
| 586 | | 02/18/2016 | 02/18/2016 | Irvin | Handwritten Contract on Notebook Paper |
| 587 | | 02/18/2016 | 02/18/2016 | Irvin | Original Documents Retrieved from Search of Defendant's Residence |
| 588 | | 02/28/2016 | 02/18/2016<br>**Not admitted as this time Illustrative only** | Irvin | Disk containing numerous bank account records |
| | 1001-a | | | | Doug Carlile iPhone Report |
| | 1001-b | | | | 8-13-13 voice message from Sunbelt's rental |
| | 1001-c | | | | 8-21-13 voice message from Jim Vanwall |
| | 1001-d | | | | 8-22-13 voice message from Jim Vanwall |

**EXHIBIT LIST–**Page 24

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1001-e | | | | 8-24-13 voice message from Jerry Nickolson |
| | 1001-f | | | | 8-26-13 voice message from Ken Kososh of Farizad |
| | 1001-g | | | | 8-26-13 voice message from Windriver Oil Services |
| | 1001-h | | | | 9-5-13 voice message from Tom at 5094621155 regarding Skylar Carlile's misconduct |
| | 1001-i | | | | 9-12-13 voice message from Scott at 5094621156 re Carlile's disobedience |
| | 1001-j | | | | 9-17.13 voice message from Windriver requesting driver information |
| | 1001-k | | | | 9-18-13 voice message regarding a wire transfer |
| | 1001-l | | | | 9-19-13 voice message from Reggie at 7014215341 re trucks with no TERO card |
| | 1001-m | | | | 9-19-13 voice message from Ryan at Wind River |
| | 1001-n | | | | 9-23-13 voice message from Tom at 5094621156 re mis-bid |
| | 1001-o | | | | 9-25-13 voice message left by Jerry Nickolson |
| | 1001-p | | | | 9-25-13 voice message left by John Freeman |
| | 1001-q | | | | 9-26-13 voice message left by Jerry Nickolson |
| | 1001-r | | | | 9-27-13 voice message left by Jerry Nickolson |

**EXHIBIT LIST–**Page 25

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1001-s | | | | 9-27-13 voice message left by John Wark |
| | 1001-t | | | | 10-1-13 voice message left by Jerry Nickolson |
| | 1001-u | | | | 10-3-13 voice message left by Jerry Nickolson |
| | 1001-v | | | | 10-5-13 voice message left by Jerry Nickolson |
| | 1001-w | | | | 10-8-13 voice message left by Bill Curtis |
| | 1001-x | | | | 10-9-13 voice message left by Bill Curtis |
| | 1001-y | | | | 10-9-13 voice message left by Chuck Hehr |
| | 1001-z | | | | 10-9-13 voice message left by Pamp Maiers |
| | 1001-za | | | | 10-10-13 voice message left by Chuck Hehr |
| | 1001-zb | | | | 10-11-13 voice message left by Jerry Nickolson |
| | 1001-zc | | | | 10-13-13 voice message left by Jerry Nickolson |
| | 1001-zd | | | | 10-14-13 voice message from Chuck Hehr |
| | 1001-ze | | | | 10-14-13 voice message from Jerry Nickolson |
| | 1001-zf | | | | 10-15-13 voice message from Kenworth Sales |

**EXHIBIT LIST–**Page 26

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1001-zg | | | | 10-15-13 voice message left by Associated Construction about a false bid |
| | 1001-zh | | | | 10-16-13 voice message left by Mallorie Milano |
| | 1001-zi | | | | 10-17-13 voice message left with First International Bank |
| | 1001-zj | | | | 10-18-13 voice message from Bill Curtis re repossession of trucks |
| | 1001-zk | | | | 10-18.-13 voice message from Bill Curtis |
| | 1001-zl | | | | 10-18-13 voice message from Kenworth Sales |
| | 1001-zm | | | | 1001-b_10.18.13 voice message from Scott Cameron |
| | 1001-zn | | | | 10-18-13 voice message left by Rene Johnson |
| | 1001-zo | | | | 10-21-13 voice message from Farizad Investments |
| | 1001-zp | | | | 10-23-13 voice message from John Wark |
| | 1001-zq | | | | 10-24-13 voice message from MD Mandival re missed meeting |
| | 1001-zr | | | | 11-12-13 voice message from Kristie Whorton |
| | 1001-zs | | | | 11-13-13 voice message from Pete at phone number 5097500795 |
| | 1001-zt | | | | 11-19-13 voice message from Beau Fritz re Enerplus |

**EXHIBIT LIST–**Page 27

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1001-zu | | | | 11-20-13 voice message from Dan Phone number 5099540249 |
| | 1001-zv | | | | 11-26-13 voice message from Tim Sutherland |
| | 1001-zw | | | | 12-4-13 voice message of Pamp Maiers |
| | 1001-zx | | | | 12-5-13 first voice message from Bill Curtis regarding Bond issue |
| | 1001-zy | | | | 12-5-13 second voice message from Bill Curtis regarding bond issue |
| | 1001-zz | | | | 12-6-13 voice message from Bill Curtis |
| | 1001-zza | | | | 12-9-13 voice message from Andra regarding late paycheck |
| | 1001-zzb | | | | 12-11-13 voice message from Scott Cameron |
| | 1001-zzc | | | | 12-13-13 voice message from IRS ND (second call) |
| | 1001-zzd | | | | 12-13-13 voice message from IRS ND |
| | 1001-zze | | | | 12-16-13   voice message from IRS ND |
| | 1001-zzf | | | | 12-16-13 voice message from Andra regarding late payment |
| | 1001-zzg | | | | 12-17-13 voice message from IRS North Dakota |
| | 1001-zzh | | | | 12-18-13 voice message from Scott Maddick |

**EXHIBIT LIST**–Page 28

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1002 | | | | Email from Robin Benson |
| | 1003 | | | | John Wark Financial Breakdown Email |
| | 1004 | | | | Report of Skyler iPhone |
| | 1005 | | | | Barbara Gongyin White iPhone Report |
| | 1006-a | | | | Documents taken from North Dakota Search of James's home |
| | 1006-b | | | | Documents taken from North Dakota Search of James's home |
| | 1006-c | | | | Documents taken from North Dakota Search of James's home |
| | 1007-a | | | | Photographs Tex Hall |
| | 1007-b | | | | Photographs Tex Hall |
| | 1008-a | | | | Delao iPhone Report from Washington Disclosed on November 14, 2014 |
| | 1008-b | | | | Delao iPhone from Washington Disclosed on August 6, 2015 |
| | 1008-c | | | | Delao iPhone from Washington Disclosed on August 6, 2015 |
| | 1008-d | | | | Delao iPhone from Washington Disclosed on August 6, 2015 |
| | 1009 | | | | Federal Bureau of Prison Records for Tim Suckow |
| | 1010-a | | | | Federal Bureau of Prison Records for Robert Delao |

**EXHIBIT LIST–**Page 29

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1010-b | | | | Federal Bureau of Prison Records for Robert Delao |
| | 1011 | | | | Suckow Criminal History |
| | 1012 | | | | Robert Delao Verbatim Transcript in United States v. Rohbach, CR 09 2074 LRS 4 |
| | 1013 | | | | Delao Criminal History |
| | 1014 | | | | Bates Criminal History |
| | 1015-a | | | | Dave Wiyrick photographs |
| | 1015-b | | | | Dave Wiyrick photographs |
| | 1015-c | 02/12/2016 | w/o objection 02/12/2016 | Creveling | Dave Wiyrick photographs - (photographs 12 through 18) - Residence |
| | 1015-d | | | | Dave Wiyrick photographs - |
| | 1015-e | | | | Dave Wiyrick photographs |
| | 1015-f | | | | Dave Wiyrick photographs |
| | 1016 | | | | Sarah Creveling North Dakota Indictment |
| | 1017 | | | | Sarah Creveling's Petition for Dissolution and Supporting Documents |
| | 1018 | | | | Sarah Creveling's Pierce County Declaration |
| | 1019 | | | | Delao Interview on December 18, 2013 |

**EXHIBIT LIST–**Page 30

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1020 | | | | Delao Interview March 4, 2014 |
| | 1021-a | | | | Suckow Interview Hour 1-2 |
| | 1021-b | | | | Suckow Interview Hour 3-4 |
| | 1021-c | | | | Suckow Interview Hour 5 |
| | 1021-d | | | | Suckow Interview Follow up on April 30, 2014 |
| | 1021-e | | | | Suckow Free Talk on April 25, 2014 (Clarified and Combined) |
| | 1022 | | | | Interview of Justin Beeson on May 5, 2014 |
| | 1023 | | | | Pesina Interview of September 4, 2014 |
| | 1024 | | | | George Dennis Interview of February 14, 2014 |
| | 1025 | | | | Jason Fox Proffer on April 22, 2015 |
| | 1026 | | | | Ryan Olness Interview on December 13, 2013 |
| | 1027 | | | | Kyle Doerfler on December 13, 2013 |
| | 1028 | | | | Ryan Olness Proffer on April 23, 2015 |
| | 1029 | | | | Eric Guerrero Call on January 15, 2014 |
| | 1030 | 02/02/2016 | **02/02/2016 will not be admitted** | Suckow | Convicted Felon?  No Guns signed by Timothy Suckow dated September 9, 2004 |

**EXHIBIT LIST–**Page 31

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1031 | 02/03/2016 | w/o objection 02/03/2016 illustrative purposes only | Delao Delao | Chart:   Delao History as Government Witness |
| | 1032 | 02/03/2016 | w/o objection 02/03/2016 illustrative purposes only | Delao | Chart: Delao – Prior Work as Informant for the Feds |
| | 1033 | 02/03/2016 | w/o objection 02/03/2016 illustrative purposes only | Delao | Chart: Robert Delao's Interview History |
| | 1034 | 02/04/2016 | 02/04/2016 illustrative purposes only | Delao | Video number One of an interview of Robert Delao taken on 12/20/2013 – **at 1730 and ending 5446** |
| | 1035 | | 02/04/2016 for illustrative purposes only | Delao | Video Number Two of an interview of Robert Delao taken on 12/20/2013 – **starting at 7 seconds and ending at 252; starting at 1210 and ending at 4413** |
| | 1036 | | | Delao | Transcript Free Talk of Robert Delao's – March 4, 2014 |
| | 1037 | | | Dennis | Transcript of Interview of George Dennis taken February 14, 2014 |
| | 1038 | | | Olness | Memorandum of Interview regarding Ryan Olness dated January 14, 2014 |
| | 1039 | Same as USA's number 113 | | Olness | Transcript of an Interview of Ryan Olness dated 05/29/2015 |
| | 1040 | 02/09/2016 | 02/09/2016 for illustrative purposes only | Gutknecht | Copy of Search Warrant from K.C. Clarke's truck dated 06/08/2012 from North Dakota |
| | 1041 | | | Banks | Daubert Hearing Testimony dated September 16 and 17, 2015 of Special Agent Banks |
| | 1042 | 02/09/2016 | w/o objection 02/09/2016 | Banks | Email message date 08/14/2015 from Special Agent Banks to Special Agent Barker |

**EXHIBIT LIST–**Page 32

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1043 | 02/09/2016 | w/o objection **based on the provisions stated at sidebar** 02/09/2016 <mark>02/22/2016 admitted for illustrative purposes only</mark> | Banks Barker | FBI Cellular Analysis Survey TEAM (CAST) CAST SA Jennifer Banks |
| | 1044 | 02/09/2016 | w/o objection 02/09/2016 | Banks | Email from Eric Barker to Jennifer Banks dated 08/17/2015 |
| | 1045 | 02/09/2016 | w/o objection 02/09/2016 | Banks | Email from Eric Barker to Jennifer Banks dated 08/18/2015 |
| | 1046 | | | | |
| | 1047 | 02/09/2016 | w/o objection 02/09/2016 | Banks | Email from Jennifer Banks to Eric Barker dated 08/18/2015 |
| | 1048 | | | | |
| | 1049 | 02/09/2016 | w/o objection 02/09/2016 | Banks Barker | Email from Eric Barker to Jennifer Banks dated 08/18/2015 |
| | 1050 | | | Banks | Testifying Made Simple Training Materials |
| | 1051 | | | Banks | Training Material |
| | 1052 | 02/10/2016 | w/o objection 02/10/2016 | Banks Barker | Email from Jennifer Banks to Eric Barker dated 08/18/2016 re: Verizon |
| | 1053 | 02/10/2016 | <mark>w/o objection 02/10/2016 for illustrative purposes (02/12/2016)</mark> | Banks | Email from Jennifer Banks to Eric Barker dated 06/24/2015 with attached FBI Cellular Analysis Survey Team CAST Report) |
| | 1054 | | | Creveling | Verbatim Report of Proceedings before the Grand Jury – Testimony of Sarah Marie Creveling dated September 16, 2014 |

**EXHIBIT LIST–**Page 33

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1055 | 02/11/2016 | w/o objection 02/11/2016 | Creveling | Letter to Steven Kelly at Trustland Oil Services Dsated 02/28/2012 |
| | 1056 | 02/11/2016 | 02/11/2016 | Creveling | Email chain – Shannon Gregor, Ryan Olness, Jed McClure, Sarah Creveling, James Henrikson Re: TERO Dismissal |
| | 1057 | 02/11/2016 | w/o objection 02/11/2016 | Creveling | Letter to Copping Motors Lease dated 10/25/2012 |
| | 1058 | 02/11/2016 | w/o objection 02/11/2016 | Creveling | Letter from Nilles Law firm dated 12/31/2012 |
| | 1059 | 02/11/2016 | w/o objection 02/11/2016 | Creveling Hall | Independent Contract Agreement dated 02/01/2012 between Maheshu Energy and Blackstone |
| | 1060 | | | Creveling | Independent Contract Agreement dated 02/01/2012 between Maheshu Energy and Blackwell Services dated 02/06/2012 |
| | 1061 | | | | **WITHDRAWN** |
| | 1062 | 02/17/2016 | w/o objection 02/17/2016 | Creveling Hall | Blackstone LLC and through its successor in interest Sarah Creveling law suit filed in McKinsey County, North Dakota |
| | 1063 | 02/11/2016 | 02/11/2016 | Creveling Hall | Document entitled Final Agreement of Termination of Maheshu Energy LLC and Blackstone LLC and Blackstone Crude |
| | 1064 | 02/16/2016 for the purposes of the hearing held on 02/16/2016 | w/o objection 02/16/2016 for the purposes of the hearing held on 02/16/2016  **02/19/2016 admitted** | Delao Burbridge Delao | Text messages between Detective Burbridge and Robert DeLao |
| | 1067 | | | Hall | Verbatim Report of Proceedings of Tex Gerald Hall before the Grand Jury dated 07/24/2014 |
| | 1071 | | | | Interview of Jason Fox dated 04/25/2015 |

EXHIBIT LIST–Page 34

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1073 | | | Whorton | Interview of Kristi Whorton **dated 01/08/2016)** |
| | 1074 | 02/16/2016 for the purposes of the hearing held on 02/16/2016 | **w/o objection 02/16/2016 for the purposes of the hearing held on 02/16/2016** <mark>**w/o objection for trial 02/22/2016**</mark> | Delao Burbridge Burbridge | Pages from Delao toll records with ATT |
| | 1075 | 02/17/2016 | w/o objection 02/17/2016 | Dedmon | Gmail message Dedmon-Reata/KDE Oil Venture |
| | 1076 | | | S. Carlile | Verbatim Report of Proceedings before the Grand Jury – Skyler Carlile dated July 23, 2014 |
| | 1077 | 02/19/2016 | 02/19/2016 | Burbridge | Letter/Agreement to Mr. Carlile from Kingdom Dynamics accepted on 02/25/2013 |
| | 1078 | 02/19/2016 | w/o objection 02/19/2016 | Burbridge | File folder provided from the Carlile Residence – Memorandum of Understanding |
| | 1079 | 02/19/2016 | 02/19/2016 | Burbridge | Loan Guarantee Agreement Kingdom Dynamics and Doug Carlile with signature of Doug Carlile |
| | 1080 | 02/22/2016 | w/o objection 02/22/2016 | Barker | Screen Shot Creveling iPhone iPad |
| | 1081 | 02/22/2016 | w/o objection 02/22/2016 | Barker Creveling | Extraction Report from Creveling's phone |
| | 1082 | 02/22/2016 | w/o objection 02/22/2016 | Barker Delao | Extraction Report from an Apple phone |
| | 1083 | 02/22/2016 | w/o objection 02/22/2016 | Barker | Yahoo Search for kittykittykitty 17 |
| | 1084 | 02/22/2016 | w/o objection 02/22/2016 | Creveling | Loan Agreement Personal Guarantee with Doug Carlile dated 04/19/2013 |

EXHIBIT LIST–Page 35

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1085 | 02/22/2016 | w/o objection 02/22/2016 | Creveling | Check from Maheshu Energy to Blackstone Crude dated 01/28/2013 – Voided |
| | 1086 | 02/22/2016 | w/o objection 02/22/2016 | Creveling | Check from Maheshu Energy to Blackstone Crude dated 01/30/2013 – Voided |
| | 1087 | | | Creveling | Invoice |
| | 1088 | 02/22/2016 | w/o objection 02/22/2016 | Creveling | Letter Dated December 2, 2013 from Wells Fargo to Sarah M. Creveling |
| | 1089 | | | Creveling | Letter Dated December 6, 2013 from Wells Fargo to Sarah M. Creveling |
| | 1090 | 02/22/2016 | w/o objection 02/22/2016 | Creveling | Invoice from Koch, Johnson & Co dated December 10, 2013 |
| | 1091 | | | Creveling | Letter to Sarah Creveling from Jon Brakke |
| | 1092 | 02/22/2016 | 02/22/2016 | Creveling | Pay stub dated August 6, 2013 Maheshu Energy |
| | 1093 | 02/22/2016 | w/o objection 02/22/2016 | Creveling | Ticket Pay Equipment Statements |
| | 1094 | | | Craveling | Billing for work done from Nilles Law Firm to Blackstone |
| | 1095 | | | Delao | PSIR from EDWA Case Number CR-08-57 and CR-09-92 USA v Robert Delao) |
| ` | 1096 | | | Delao | Transcript of sentencing hearing in USA v Delao, EDWA |