MARK E. VOVOS, #4474
1309 West Dean, Suite 100
Spokane, WA  99201
(509) 326-5220

TODD MAYBROWN, #18557
600 University Street, Suite 3020
Seattle, WA 98101
(206) 447-9681

*Attorneys for Defendant James Terry Henrikson*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | NO.  CR-14-00124-SMJ-1 |
| Plaintiff, | ) | |
| vs. | ) | Defendant's Motion for Leave to |
| | ) | Contact Jurors and For an Extension |
| James Terry Henrikson, | ) | of Time to File Post-Trial Motions |
| | ) | |
| Defendant. | ) | **March 7, 2016 @ 6:30 p.m.** |
| | ) | **(Without oral argument)** |
| | ) | |

## I.    INTRODUCTION

COMES NOW, the defendant James Terry Henrikson, by and through his undersigned attorneys, and moves this Court for permission to contact the jurors

*DEF'S MOTION FOR LEAVE TO CONTACT
JURORS AND FOR AN EXTENSION OF TIME
TO FILE POST-TRIAL MOTIONS -1*

**Allen, Hansen Maybrown
& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

and alternates that have participated in this case. This motion is based upon Local Rule 47.1(d) and the Sixth Amendment of the United States Constitution. Moreover, the defendant also asks this Court to grant a reasonable extension not to exceed two (2) weeks of the 14-day time limitations for post-trial motions as set forth in Fed.R.Crim.P. 29(c)(1) and Fed.R.Crim.P. 33(b)(2).

## II.  DISCUSSION

On February 25, 2016, following more than four weeks of trial, James Henrikson was convicted of eleven separate offenses. Mr. Henrikson is currently facing a mandatory sentence of life imprisonment as to some of these counts of conviction.

After trial, at the direction of defense counsel, a defense investigator made efforts to contact jurors to determine whether there was any basis to file a motion for new trial under Fed.R.Crim.P. 33. Unfortunately, due to oversight, defense counsel neglected to seek leave of the Court under Local Rule 47.1(d) before commencing that investigation.

The Court subsequently learned that the defense investigator had made efforts to contact one of the seated jurors. Accordingly, the Court scheduled a hearing to consider this matter on March 2, 2016. At the time of the hearing,

*DEF'S MOTION FOR LEAVE TO CONTACT JURORS AND FOR AN EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS -2*

**Allen, Hansen Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

defense counsel made a motion for permission to contact jurors in an effort to conduct a post-trial investigation. Counsel for the Government then asked for the defense to file a written motion before stating its position in regards to this motion. The Court granted the Government's request and set an accelerated briefing schedule. *See ECF 765.*

Defense counsel now moves for permission to make contact with jurors who participated in this trial. As the Court knows, this case was the subject of intense media coverage and scrutiny. In fact, the Court permitted certain media outlets to participate in "live blogging" during the course of the trial. After the jury verdict, jurors were quoted in the news media concerning the basis for their decision. Defense counsel believes that it is necessary to complete an investigation to ensure that the Mr. Henrikson's Sixth Amendment right to a fair and impartial jury was not violated.

Defense counsel can assure the Court that all juror contacts will be handled in a professional and nonthreatening manner. Moreover, each juror will be advised that their participation in this process is voluntary and that they are not obliged to speak with the defense investigator (or with any other person) regarding these

*DEF'S MOTION FOR LEAVE TO CONTACT JURORS AND FOR AN EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS -3*

**Allen, Hansen Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

matters. Defense counsel is also prepared to follow any particular procedures – or limitations – that might be established by the Court.

Given the timing of the jury's verdict, the defendant is now required to file any post-trial motions no later than March 12, 2016 in light of the limitations set forth in Fed.R.Crim.P. 29(c)(1) and Fed.R.Crim.P. 33(b)(2). However, the 14-day limitation is not jurisdictional and the district court is authorized to grant a reasonable extension of time. *See, e.g., Eberhart v. United States*, 546 U.S. 12 (2005); *United States v. Leung*, 796 F.3d 1032 (9th Cir. 2015). In light of these recent developments and the attendant delays, the defendant now seeks an extension of fourteen (14) days to file any post-trial motions under Rule 29 and/or Rule 33.

DATED this 3rd day of March, 2016.

/s/ Todd Maybrown
Todd Maybrown
Attorney for James Henrikson


/s/ Mark Vovos
Mark Vovos
Attorney for James Henrikson

*DEF'S MOTION FOR LEAVE TO CONTACT JURORS AND FOR AN EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS -4*

**Allen, Hansen Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Aine Ahmed, AUSA and Scott Jones, AUSA.

*/s/ Mark E. Vovos*
Mark E. Vovos, #4474
Attorney for James Terry Henrikson
1309 West Dean Ave., Suite 100
Spokane, WA 99201
(509) 326-5220
mvovos@concentric.net

*DEF'S MOTION FOR LEAVE TO CONTACT JURORS AND FOR AN EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS* -5

**Allen, Hansen Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681