AO 243 (Rev. 09/17)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 18 2023
SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: Eastern of Washington |
|---|---|
| Name (under which you were convicted): James Terry Henrickson | Docket or Case No.: 14-CR-00124 |
| Place of Confinement: United States Penitentiary - Atwater, P.O. Box 019001, Atwater, CA. 95301 | Prisoner No.: 13004-059 <br> 2:14-CR-00124-SMJ-1 |
| UNITED STATES OF AMERICA <br> v. | Movant (include name under which convicted): James Terry Henrickson |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
Thomas S. Foley U.S. CourtHouse; 920 West Riverside Avenue; Spokane, WA. 99201-1010.

   (b) Criminal docket or case number (if you know): 2:14-CR-00124-SMJ-1

2. (a) Date of the judgment of conviction (if you know): N/A
   (b) Date of sentencing: 5-24-2016

3. Length of sentence: Two-life sentences plus twenty years

4. Nature of crime (all counts): Murder for hire (Counts one through six) 1958(c); 18 U.S.C. 373 (Solicitation) Counts (seven through ten) and Count eleven, 21 U.S.C. 841.

5. (a) What was your plea? (Check one)
   (1) Not guilty [✓]    (2) Guilty [ ]    (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury [✓]    Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [ ]    No [✓]

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:




   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____

       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application? N/A

        Yes ☐    No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information: N/A

    (1) Name of court: _____

    (2) Docket of case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application? N/A

        Yes ☐    No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐    No ☑

    (2) Second petition:    Yes ☐    No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: This is first petition

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Grzegorczyk and or Linehan claim

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Section 1958(a) "murder for hire" statute is in fact, not a predicate offense, under the elements clause of section 373(a). See memorandum of law. (1-of-14)

Murder for hire is not a crime of violence under Solicitation. See, Brief. (1-of-14).

(b) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☑
  (2) If you did not raise this issue in your direct appeal, explain why: did not appeal

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☑
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:
  
  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):
  
  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application? N/A
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: First petition currently

GROUND TWO: Actual innocence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The facts do not support the charge. At or during petitioner's sentence, solicitation to commit murder were proper predicate offenses the government can punish defendants for. However, recently the SCOTUS/9th circuit ruled the gov. can no longer prosecute criminal defendants for the same predicate offenses, petitioner was convicted of. Further, petitioner is factually innocent, of the underlying crime. See, Brief.

(b) Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why: lawyer did not file a notice of appeal

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☑

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):
_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application? N/A N/A
Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: law recently changed

AO 243 (Rev. 09/17)

GROUND THREE: _Structure Error_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Respectfully, the Court, Committed a Structure Error, whenever, the Court, told the jury, "Solicitation to Commit murder for hire is a crime of violence."

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _No appeal filed_

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

Page 8 of 13

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *law recently changed*

GROUND FOUR: *Reserved (enhanced penalty as to personal injury or if death results) under section 1958(a).*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*The Court in (U.S. v. Linehan) 56 F.4th 693 n.4 (9th cir. May 20, 2022) did not address whether the aggravated offenses of section 1958(a) - which imposes longer terms of imprisonment, if personal injury or death results - should be treated differently. Therefore, petitioner respectfully reserves this argument, in the event, such ruling is decided in a favorable manner.*

(b)  Direct Appeal of Ground Four:
(1)  If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2)  If you did not raise this issue in your direct appeal, explain why: *no appeal was filed / law recently changed*

(c)  Post-Conviction Proceedings:
(1)  Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: No appeal was filed / Attorney failed to file Notice of Appeal


13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

No appeal was filed, in any event, the law just changed.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging: Mark Edmund Vovos -
    (a) At the preliminary hearing: Todd Jeffrey Maybrown

    (b) At the arraignment and plea: Same

    (c) At the trial: Same

    (d) At sentencing: Same

    (e) On appeal: N/A

    (f) In any post-conviction proceeding: pro-se

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: 
    (c) Give the length of the other sentence: 
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☑

Page 11 of 13

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Timely under 2255(f)(3).

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief: _Grant A Evidentiary Hearing; Vacate Counts (SIX) through ten; And Conduct A De-novo resentence, and or full resentence._
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___4-10-23___
(month, date, year)

Executed (signed) on ___4-10-23___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.